IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA A. BOWEN-SOTO, on her behalf )
and as Next Friend of JS, HS and AS, )
       Plaintiff, )
           )
 v.           )   Case No. 08-1171-MLB-DWB
           )
CITY OF LIBERAL, KANSAS, )
       Defendant. )
           )

## ANSWER

COMES NOW the defendant, by and through Allen G. Glendenning of the law firm of Watkins Calcara, Chtd., its attorneys, and for its answer to the plaintiff's complaint, admits, denies, states and alleges as follows:

1. Answering the allegations of paragraph 1, this defendant is without sufficient information to form a belief as to the truth and accuracy of the allegations contained therein and the same are, therefore, denied.

2. Answering the allegations of paragraph 2, admitted.

3. Answering the allegations of paragraph 3, denied.

4. Answering the allegations of paragraphs 4, 5, 6, 7 and 8, denied as stated. It is, however, admitted that on August 30, 2006, Mr. Soto was found in downtown Liberal wondering around naked and agitated. In the process of attempting to apprehend him and get him to appropriate medical assistance, an officer used a taser. It is further admitted that shortly after he was subdued, Mr. Soto died. All other allegations are denied and it is specifically denied that any of the conduct of the officers was wrongful or resulted in Mr. Soto's death.

5.     Answering the allegations of paragraphs 9 and 10, denied.

6.     For further answer, this defendant alleges that plaintiff's complaint fails to state a claim upon which relief may be granted.

7.     For further answer, this defendant alleges that the court is without subject matter jurisdiction over any attempted State law claims if, indeed, plaintiffs are attempting to assert any such claims.

8.     For further answer, this defendant alleges that plaintiff's claims are barred in whole or in part by the applicable statute of limitations, lack of standing, failure to be brought by the real party in interest, latches, comparative fault, the existence of adequate post deprivation remedies, the immunity provisions of the Kansas Tort Claims Act and/or other applicable law, and any other affirmative defenses shown by discovery to be applicable.

9.     This defendant reserves the right to assert additional affirmative defenses at the close of discovery.

WHEREFORE, having fully answered, this defendant prays that the prayer of plaintiff's petition be denied, that this defendant be awarded its costs herein, and for such other and further relief as to the court shall seem just and proper.

                          WATKINS CALCARA, CHTD.

                          s/ Allen G. Glendenning
                              Allen G. Glendenning, #12187
                              1321 Main - Suite 300
                              P.O. Drawer 1110
                              Great Bend, Kansas  67530
                              (620) 792-8231
                              Attorneys for Defendant

## DEMAND FOR TRIAL BY JURY

COMES NOW the defendant and demands a trial by jury of twelve (12) on all issues herein.

                                      s/ Allen G. Glendenning  
                                            Allen G. Glendenning, #12187

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the defendant, and designates Wichita, as the place for trial of this matter.

                                        s/ Allen G. Glendenning  
                                            Allen G. Glendenning, #12187

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2008, I electronically filed the above and foregoing Answer, Demand for Jury Trial and Designation of Place of Trial with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Randall Rathbun.

                                        s/ Allen G. Glendenning  
                                            Allen G. Glendenning, #12187