IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| TONYA A. BOWEN-SOTO, on her behalf and as Next Friend of JS, HS and AS,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LIBERAL, KANSAS,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 08-1171-MLB-DWB<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The defendant states that the following was submitted in accordance with Fed. R. Civ. P. 5(d):

Disclosure of Expert Witness

　　　　　　　　　　　　　　　　　　WATKINS CALCARA, CHTD.

　　　　　　　　　　　　　　　　　　s/ Allen G. Glendenning
　　　　　　　　　　　　　　　　　　　Allen G. Glendenning, #12187
　　　　　　　　　　　　　　　　　　　1321 Main - Suite 300
　　　　　　　　　　　　　　　　　　　P.O. Drawer 1110
　　　　　　　　　　　　　　　　　　　Great Bend, Kansas  67530
　　　　　　　　　　　　　　　　　　　(620) 792-8231
　　　　　　　　　　　　　　　　　　　Fax (620) 792-2775
　　　　　　　　　　　　　　　　　　　aglenden@wcrf.com
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2009, I electronically filed the above and foregoing Notice of Service with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:  Randall K. Rathbun.

　　　　　　　　　　　　　　　　　　s/ Allen G. Glendenning
　　　　　　　　　　　　　　　　　　　Allen G. Glendenning, #12187