IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA A. BOWEN-SOTO, as Administrator )
of the Estate of Juan Soto, Jr., )
                        Plaintiff, )
                         )
    v. )   Case No. 08-1171-MLB-DWB
                         )
CITY OF LIBERAL, KANSAS, )
                        Defendant. )
                         )

**INDEX TO EXHIBITS IN DEFENDANT'S REPLY
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Document | Exhibit Letter |
|---|---|
| Liberal Police Department Dispatch Card | A |
| Affidavit of Jared Ratzlaff | B |
| Affidavit of Dennis Mulanax | C |
| Affidavit of Vincent J.M. DiMaio, M.D. | D |
| Excerpts of Jon Antrim deposition dated October 22, 2008 | E |
| Excerpts of Jared Ratzlaff deposition dated October 22, 2008 | F |
| Excerpts of Christopher Head deposition dated October 22, 2008 | G |
| Excerpts of David Odle deposition dated October 22, 2008 | H |
| Excerpts of Andrew J. Scott, III, deposition dated March 31, 2009 | I |
| Excerpts of John McCord deposition dated October 22, 2008 | J |
| Excerpts of Jeff Keating deposition dated October 22, 2008 | K |
| Excerpts of Jessica Navarrette deposition dated March 3, 2009 | L |

| | |
|---|---|
| Excerpts of Kris Sperry, M.D., deposition dated April 1, 2009 | M |
| Excerpts of Karen Rinehart deposition dated March 3, 2009 | N |
| Excerpts of Dennis Mulanax deposition dated December 9, 2008 | O |
| Excerpts of Tonya Bowen-Soto deposition dated October 23, 2008 | P |
| *Beckett-Crabtree v. Hair*, 07-5181, 298 Fed. Appx. 718 (2008) | Q |
| *Ellis v. Ogden City*, 2009 U.S. App. Lexis 27769 (10th Circuit, December, 2009) | R |

WATKINS CALCARA, CHTD.

s/ Allen G. Glendenning
Allen G. Glendenning, #12187
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231
Fax: (620) 792-2775
aglenden@wcrf.com
Attorneys for Defendant