# LIBERAL POLICE DEPARTMENT
## DISPATCH CARD

**LOCATION:** 523 S KANSAS AVE

Type: SUSPICIOUS PERSON

Sub-Type:

Phone: 6203914214

Complainant Name: GEORGE, LARRY

Complainant Address:

**CASE #:** LPDC2006006575
**EVENT #:** PD2006013644
**ZONE ID:** 3
**EVENT DISPO:** REPORT

| UNIT | OFFICER | BADGE | OFFICER | BADGE | OFFICER | BADGE |
|---|---|---|---|---|---|---|
| 500 | | | | | | |
| 501 | | | | | | |
| 502 | | | | | | |
| 505 | | | | | | |
| 506 | | | | | | |
| 513 | | | | | | |
| 518 | | | | | | |
| 522 | | | | | | |
| 537 | | | | | | |
| 538 | | | | | | |
| 542 | | | | | | |
| 552 | | | | | | |
| 556 | | | | | | |
| 558 | | | | | | |
| 582 | | | | | | |
| 589 | | | | | | |
| PD10 | ODLE | 511 | | | | |
| PD11 | ANTRIM | 522 | | | | |
| PD12 | RATZLAFF | 558 | | | | |
| PD13 | DIXON | 537 | | | | |

| DATE/TIME | OPERATOR | COMMENTS |
|---|---|---|
| 08/30/2006 18:01:21 | LWILLIS | Successful single range match of 24 E PANCAKE BLVD was returned for: 24 E PANCAKE BLVD. |
| 08/30/2006 18:01:21 | LWILLIS | No Prior Knowledge Records found For 24 E PANCAKE BLVD |
| 08/30/2006 18:01:21 | LWILLIS | Nearby Incident Information For 24 E PANCAKE BLVD |
| 08/30/2006 18:01:21 | LWILLIS | 24 E PANCAKE BLVD: cross streets : HWY 54 HWY & HWY 83 HWY & & S KANSAS AVE & LESLIE ST |
| 08/30/2006 18:01:51 | LWILLIS | Incident Name changed from to GEORGE,LARRY |
| 08/30/2006 18:01:51 | LWILLIS | Incident Phone Number changed from to 6203914214 |
| 08/30/2006 18:01:51 | LWILLIS | Incident source changed from to 911w |
| 08/30/2006 18:03:42 | LWILLIS | Person Added: GEORGE,LARRY. Race/Sex: /, DOB: |
| 08/30/2006 18:05:01 | LWILLIS | 552 : ENROUTE & primary unit. |
| 08/30/2006 18:05:01 | LWILLIS | 558 : ENROUTE |
| 08/30/2006 18:05:05 | LWILLIS | 522 : ATSCNE |
| 08/30/2006 18:05:10 | LWILLIS | 552 : Available by Preempt. |
| 08/30/2006 18:05:56 | LWILLIS | 522 : OUT WITH SUBJECT |
| 08/30/2006 18:07:08 | LWILLIS | 558 : ATSCNE |
| 08/30/2006 18:07:49 | LWILLIS | 522 : TASER DEPLOYED |
| 08/30/2006 18:07:51 | LWILLIS | PD10 : ATSCNE |
| 08/30/2006 18:08:01 | LWILLIS | PD10 : ENROUTE |
| 08/30/2006 18:08:57 | LWILLIS | 522 : SUBJECT IN CUSTODY |
| 08/30/2006 18:10:09 | NLAIRD | 522: OVERDUE. |
| 08/30/2006 18:10:13 | SARMSTRONG | 522: OVERDUE. |
| 08/30/2006 18:10:22 | LWILLIS | 522: OVERDUE. |

**DEPOSITION EXHIBIT 12**

EVENT ID: PD2006013644     Page 56 of 75

EXHIBIT A                          320     D00323

| DATE/TIME | OPERATOR | COMMENTS |
|---|---|---|
| 08/30/2006 18:10:26 | CARTHURS | 522: OVERDUE. |
| 08/30/2006 18:10:32 | LWILLIS | PD13 : ATSCNE |
| 08/30/2006 18:12:24 | SARMSTRONG | 558: OVERDUE. |
| 08/30/2006 18:12:34 | LWILLIS | 558: OVERDUE. |
| 08/30/2006 18:12:37 | CARTHURS | 558: OVERDUE. |
| 08/30/2006 18:12:39 | LWILLIS | 522/ K00394294 |
| 08/30/2006 18:12:49 | LWILLIS | CORRECTION K00395234 |
| 08/30/2006 18:13:07 | LWILLIS | PD11 : ATSCNE |
| 08/30/2006 18:13:10 | LWILLIS | 522 : AVAIL |
| 08/30/2006 18:13:23 | LWILLIS | RP IS THE 10-27 ABOVE |
| 08/30/2006 18:13:35 | LWILLIS | PD12 : ATSCNE |
| 08/30/2006 18:13:39 | LWILLIS | 558 : AVAIL |
| 08/30/2006 18:15:22 | LWILLIS | PD10 : ATSCNE |
| 08/30/2006 18:15:41 | SARMSTRONG | PD13: OVERDUE. |
| 08/30/2006 18:15:52 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:15:54 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:16:19 | LWILLIS | CALL DISPO/ RP STATED THAT A SUBJECT WAS NUDE RUNNING AROUND SCREAMING |
| 08/30/2006 18:17:28 | LWILLIS | REQUESTED 49 |
| 08/30/2006 18:17:43 | LWILLIS | CPR STARTED |
| 08/30/2006 18:18:15 | LWILLIS | MED2 ER |
| 08/30/2006 18:18:17 | LWILLIS | TK 20 ER |
| 08/30/2006 18:18:25 | SARMSTRONG | PD11: OVERDUE. |
| 08/30/2006 18:18:35 | LWILLIS | NEEDS 501 |
| 08/30/2006 18:18:36 | LWILLIS | PD11: OVERDUE. |
| 08/30/2006 18:18:36 | LWILLIS | PD12: OVERDUE. |
| 08/30/2006 18:18:39 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:18:39 | CARTHURS | PD12: OVERDUE. |
| 08/30/2006 18:18:58 | SARMSTRONG | PD12: OVERDUE. |
| 08/30/2006 18:18:59 | LWILLIS | Incident Copied to LFD200600749 |
| 08/30/2006 18:19:00 | LWILLIS | Incident Copied to EMS2006000957 |
| 08/30/2006 18:19:32 | LWILLIS | PAGED AT 1817 |
| 08/30/2006 18:20:37 | SARMSTRONG | PD10: OVERDUE. |
| 08/30/2006 18:20:49 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:20:50 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:21:04 | CARTHURS | PD11 Contact: . Extended by 5 min. |
| 08/30/2006 18:21:06 | CARTHURS | PD10 Contact: . Extended by 5 min. |
| 08/30/2006 18:21:06 | LWILLIS | 501 ER |
| 08/30/2006 18:21:07 | CARTHURS | PD13 Contact: . Extended by 5 min. |
| 08/30/2006 18:21:09 | CARTHURS | PD12 Contact: . Extended by 5 min. |
| 08/30/2006 18:23:04 | LWILLIS | TK20 ON SCENE AT 1818 |
| 08/30/2006 18:23:08 | CARTHURS | TIME ON SCENE 1818 |
| 08/30/2006 18:25:12 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:25:13 | LWILLIS | PD11: OVERDUE. |
| 08/30/2006 18:25:13 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:25:13 | LWILLIS | PD12: OVERDUE. |
| 08/30/2006 18:25:15 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:25:15 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:25:15 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:25:15 | CARTHURS | PD12: OVERDUE. |
| 08/30/2006 18:25:19 | CARTHURS | PD11 Contact: . Extended by 5 min. |
| 08/30/2006 18:25:20 | CARTHURS | PD12 Contact: . Extended by 5 min. |
| 08/30/2006 18:25:22 | CARTHURS | PD13 Contact: . Extended by 5 min. |
| 08/30/2006 18:25:23 | CARTHURS | PD10 Contact: . Extended by 5 min. |
| 08/30/2006 18:25:49 | LWILLIS | MED2 UC CODE BLUE |
| 08/30/2006 18:29:22 | SARMSTRONG | PD11: OVERDUE. |
| 08/30/2006 18:29:22 | SARMSTRONG | PD12: OVERDUE. |
| 08/30/2006 18:29:35 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:29:35 | LWILLIS | PD11: OVERDUE. |

**EXHIBIT A**

322

D00324

| DATE/TIME | OPERATOR | COMMENTS |
|---|---|---|
| 08/30/2006 18:29:36 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:29:36 | LWILLIS | PD12: OVERDUE. |
| 08/30/2006 18:29:38 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:29:38 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:29:38 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:29:38 | CARTHURS | PD12: OVERDUE. |
| 08/30/2006 18:29:55 | SARMSTRONG | PD13: OVERDUE. |
| 08/30/2006 18:29:55 | SARMSTRONG | PD10: OVERDUE. |
| 08/30/2006 18:31:56 | CARTHURS | NEED DET ON CALL |
| 08/30/2006 18:32:01 | CARTHURS | PD11 Contact: . Extended by 5 min. |
| 08/30/2006 18:32:02 | CARTHURS | PD12 Contact: . Extended by 5 min. |
| 08/30/2006 18:32:03 | CARTHURS | PD13 Contact: . Extended by 5 min. |
| 08/30/2006 18:32:05 | CARTHURS | PD10 Contact: . Extended by 5 min. |
| 08/30/2006 18:33:10 | CARTHURS | NEED TAPES AND TIMES |
| 08/30/2006 18:34:19 | CARTHURS | MCCLURG ENROUTE |
| 08/30/2006 18:36:10 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:36:10 | LWILLIS | PD11: OVERDUE. |
| 08/30/2006 18:36:10 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:36:10 | LWILLIS | PD12: OVERDUE. |
| 08/30/2006 18:36:13 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:36:13 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:36:13 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:36:13 | CARTHURS | PD12: OVERDUE. |
| 08/30/2006 18:36:25 | CARTHURS | PD11 Contact: . Extended by 5 min. |
| 08/30/2006 18:36:27 | CARTHURS | PD12 Contact: . Extended by 5 min. |
| 08/30/2006 18:36:28 | CARTHURS | PD13 Contact: . Extended by 5 min. |
| 08/30/2006 18:36:29 | CARTHURS | PD10 Contact: . Extended by 5 min. |
| 08/30/2006 18:38:05 | CARTHURS | ENROUTE TO SWMCSM 28566 516 ON BOARD |
| 08/30/2006 18:38:29 | CARTHURS | 500 ON SCENE ALSO 558 ENROUTE TO SWMC |
| 08/30/2006 18:39:41 | CARTHURS | PD12 : LEAVE SCENE |
| 08/30/2006 18:39:47 | CARTHURS | PD12 TO SWMC |
| 08/30/2006 18:40:32 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:40:32 | LWILLIS | PD11: OVERDUE. |
| 08/30/2006 18:40:33 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:40:37 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:40:37 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:40:37 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:40:38 | CARTHURS | 556 AT SWMC EM 28567 |
| 08/30/2006 18:40:41 | CARTHURS | PD11 Contact: . Extended by 5 min. |
| 08/30/2006 18:40:43 | CARTHURS | PD13 Contact: . Extended by 5 min. |
| 08/30/2006 18:40:45 | CARTHURS | PD10 Contact: . Extended by 5 min. |
| 08/30/2006 18:43:30 | LWILLIS | PD11 UC AT SWMC |
| 08/30/2006 18:43:47 | LWILLIS | CORRECTION, PD11 NOT AT SWMC |
| 08/30/2006 18:44:42 | SARMSTRONG | PD11: OVERDUE. |
| 08/30/2006 18:44:56 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:44:56 | LWILLIS | PD11: OVERDUE. |
| 08/30/2006 18:44:56 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:44:59 | LWILLIS | 505 : ENROUTE |
| 08/30/2006 18:45:02 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:45:02 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:45:02 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:45:15 | SARMSTRONG | PD13: OVERDUE. |
| 08/30/2006 18:45:15 | SARMSTRONG | PD10: OVERDUE. |
| 08/30/2006 18:45:17 | LWILLIS | 500 : ATSCNE |
| 08/30/2006 18:49:08 | CARTHURS | PD11 Contact: . Extended by 5 min. |
| 08/30/2006 18:49:09 | CARTHURS | PD13 Contact: . Extended by 5 min. |
| 08/30/2006 18:49:11 | CARTHURS | PD10 Contact: . Extended by 5 min. |
| 08/30/2006 18:49:46 | LWILLIS | 505 : AT SWMC |

| DATE/TIME | OPERATOR | COMMENTS |
|---|---|---|
| 08/30/2006 18:50:24 | LWILLIS | PD12 : 11 AND 556 BACK AT SCENE |
| 08/30/2006 18:50:29 | LWILLIS | 500: OVERDUE. |
| 08/30/2006 18:50:31 | CARTHURS | 500: OVERDUE. |
| 08/30/2006 18:50:43 | SARMSTRONG | 500: OVERDUE. |
| 08/30/2006 18:50:49 | LWILLIS | 506 : ATSCNE |
| 08/30/2006 18:51:35 | LWILLIS | 502 REQUESTING PATSY, THE EVIDENCE TECH |
| 08/30/2006 18:52:20 | LWILLIS | 501 : ATSCNE |
| 08/30/2006 18:53:15 | LWILLIS | PD13: OVERDUE. |
| 08/30/2006 18:53:15 | LWILLIS | PD11: OVERDUE. |
| 08/30/2006 18:53:15 | LWILLIS | PD10: OVERDUE. |
| 08/30/2006 18:53:16 | CARTHURS | PD13: OVERDUE. |
| 08/30/2006 18:53:17 | CARTHURS | PD11: OVERDUE. |
| 08/30/2006 18:53:17 | CARTHURS | PD10: OVERDUE. |
| 08/30/2006 18:53:23 | LWILLIS | PD13 Contact: . Extended by 999 min. |
| 08/30/2006 18:53:24 | LWILLIS | PD10 Contact: . Extended by 999 min. |
| 08/30/2006 18:53:25 | LWILLIS | 500 Contact: . Extended by 999 min. |
| 08/30/2006 18:53:26 | LWILLIS | PD11 Contact: . Extended by 999 min. |
| 08/30/2006 18:53:34 | LWILLIS | PD12 : AT DESTINATION |
| 08/30/2006 18:54:23 | LWILLIS | DISPATCH 10-77 WITH 582 AT THIS TIME, 502 NOTIFIED |
| 08/30/2006 18:55:59 | LWILLIS | 506: OVERDUE. |
| 08/30/2006 18:56:01 | CARTHURS | 506: OVERDUE. |
| 08/30/2006 18:56:06 | LWILLIS | 518 ADVISES THAT 582 IS AT A DOC AND TO CONTACT JACKIE HAMM IN PLAINS AS A CONTACT PERSON FOR 582 |
| 08/30/2006 18:56:08 | LWILLIS | 506 Contact: . Extended by 999 min. |
| 08/30/2006 18:57:38 | LWILLIS | 501: OVERDUE. |
| 08/30/2006 18:57:39 | CARTHURS | 501: OVERDUE. |
| 08/30/2006 18:57:51 | SARMSTRONG | 501: OVERDUE. |
| 08/30/2006 18:58:57 | LWILLIS | 582 : ENROUTE |
| 08/30/2006 18:59:03 | LWILLIS | 582 ENT FROM PLAINS |
| 08/30/2006 18:59:10 | LWILLIS | 501 Contact: . Extended by 999 min. |
| 08/30/2006 19:03:29 | LWILLIS | 506 10-8 FROM ENT TO PD |
| 08/30/2006 19:03:47 | LWILLIS | 518 10-8 FROM SCENE ENT TO PD |
| 08/30/2006 19:03:52 | LWILLIS | 518 : ATSCNE |
| 08/30/2006 19:03:55 | LWILLIS | 518 : LEAVE SCENE |
| 08/30/2006 19:03:58 | LWILLIS | 506 : LEAVE SCENE |
| 08/30/2006 19:05:30 | LWILLIS | 506 : AT DESTINATION |
| 08/30/2006 19:05:37 | LWILLIS | 506 : AT DESTINATION |
| 08/30/2006 19:05:37 | LWILLIS | AT PD |
| 08/30/2006 19:05:47 | LWILLIS | 518 : AT DESTINATION |
| 08/30/2006 19:05:52 | LWILLIS | 518 : AT PD |
| 08/30/2006 19:08:57 | LWILLIS | HARDY ADVISES TO CALL ALL NIGHT SHIFT B AND TELL THEM TO GET 10-8 NOW ALL EXCEPT WHITE |
| 08/30/2006 19:09:34 | LWILLIS | UNABLE TO REACH TILFORD 523 |
| 08/30/2006 19:09:39 | LWILLIS | MESSAGES LEFT FOR 523 |
| 08/30/2006 19:11:36 | LWILLIS | 523 PAGED |
| 08/30/2006 19:12:31 | LWILLIS | 542 PAGED |
| 08/30/2006 19:13:26 | LWILLIS | 531 PAGED |
| 08/30/2006 19:13:56 | LWILLIS | 554 PAGED |
| 08/30/2006 19:15:29 | LWILLIS | 554 NOTIFIED |
| 08/30/2006 19:16:23 | LWILLIS | 542 : ENROUTE |
| 08/30/2006 19:19:20 | LWILLIS | 542 : ATSCNE |
| 08/30/2006 19:22:45 | LWILLIS | 522 538 558 10-8 FROM SCENE ENT TO SWMC |
| 08/30/2006 19:23:37 | LWILLIS | 537 556 552 ENT TO SWMC |
| 08/30/2006 19:23:50 | LWILLIS | 522 : ATSCNE |
| 08/30/2006 19:23:50 | LWILLIS | 538 : ATSCNE |
| 08/30/2006 19:23:51 | LWILLIS | 558 : ATSCNE |
| 08/30/2006 19:23:51 | LWILLIS | 537 : ATSCNE |
| 08/30/2006 19:23:51 | LWILLIS | 556 : ATSCNE |

**EXHIBIT A**

323D00326

| DATE/TIME | OPERATOR | COMMENTS |
|---|---|---|
| 08/30/2006 19:23:51 | LWILLIS | 552 : ATSCNE |
| 08/30/2006 19:23:58 | LWILLIS | 522 : LEAVE SCENE |
| 08/30/2006 19:24:02 | LWILLIS | 538 : LEAVE SCENE |
| 08/30/2006 19:24:08 | LWILLIS | 558 : LEAVE SCENE |
| 08/30/2006 19:24:13 | LWILLIS | 537 : LEAVE SCENE |
| 08/30/2006 19:24:25 | LWILLIS | 556 : LEAVE SCENE |
| 08/30/2006 19:24:29 | LWILLIS | 552 : LEAVE SCENE |
| 08/30/2006 19:24:33 | CARTHURS | 542: OVERDUE. |
| 08/30/2006 19:24:34 | LWILLIS | 542: OVERDUE. |
| 08/30/2006 19:24:39 | LWILLIS | 542 Contact . Extended by 999 min. |
| 08/30/2006 19:25:56 | LWILLIS | PD11 : Available by Preempt. |
| 08/30/2006 19:25:59 | LWILLIS | PD12 : Available by Preempt. |
| 08/30/2006 19:26:01 | LWILLIS | PD13 : Available by Preempt. |
| 08/30/2006 19:30:09 | LWILLIS | 537 556 552 AT SWMC |
| 08/30/2006 19:30:34 | LWILLIS | 500 : LEAVE SCENE |
| 08/30/2006 19:30:39 | LWILLIS | 500 10-8 FROM SCENE |
| 08/30/2006 19:37:20 | CARTHURS | 521 S WASHINGTON BLUE OBJECT NEEDS TO BE PHOTOGRAPHED |
| 08/30/2006 19:37:43 | CARTHURS | 535 AT PD |
| 08/30/2006 19:40:15 | CARTHURS | 582 ENROUTE FOR SUPPLIES |
| 08/30/2006 19:49:59 | LWILLIS | 582 : ATSCNE |
| 08/30/2006 19:50:56 | CARTHURS | FIRE CAPT NOTIFIED FOR 501 |
| 08/30/2006 19:55:16 | CARTHURS | 582: OVERDUE. |
| 08/30/2006 19:55:16 | LWILLIS | 582: OVERDUE. |
| 08/30/2006 19:55:23 | SARMSTRONG | 582: OVERDUE. |
| 08/30/2006 19:55:28 | LWILLIS | 582 Contact . Extended by 999 min. |
| 08/30/2006 19:57:21 | LWILLIS | 513 : ATSCNE |
| 08/30/2006 19:57:25 | LWILLIS | 513 : AT SWMC |
| 08/30/2006 20:02:24 | CARTHURS | 513: OVERDUE. |
| 08/30/2006 20:02:24 | LWILLIS | 513: OVERDUE. |
| 08/30/2006 20:02:30 | SARMSTRONG | 513: OVERDUE. |
| 08/30/2006 20:08:28 | CARTHURS | 513 Contact: . Extended by 5 min. |
| 08/30/2006 20:12:49 | LWILLIS | 513: OVERDUE. |
| 08/30/2006 20:12:52 | CARTHURS | 513: OVERDUE. |
| 08/30/2006 20:12:55 | SARMSTRONG | 513: OVERDUE. |
| 08/30/2006 20:14:02 | CARTHURS | 513 ENROUTE 10-19 |
| 08/30/2006 20:15:44 | CARTHURS | 513 Contact: . Extended by 5 min. |
| 08/30/2006 20:19:57 | LWILLIS | 513: OVERDUE. |
| 08/30/2006 20:20:00 | CARTHURS | 513: OVERDUE. |
| 08/30/2006 20:20:03 | SARMSTRONG | 513: OVERDUE. |
| 08/30/2006 20:20:41 | LWILLIS | 506 : LEAVE SCENE |
| 08/30/2006 20:20:46 | LWILLIS | 506 : ENT TO SWMC |
| 08/30/2006 20:20:54 | CARTHURS | 513 Contact: . Extended by 5 min. |
| 08/30/2006 20:22:18 | LWILLIS | 522 assigned case number : LPDC2006006575 |
| 08/30/2006 20:24:06 | CARTHURS | 506 : AT DESTINATION |
| 08/30/2006 20:24:14 | CARTHURS | 506 AT SWMC |
| 08/30/2006 20:24:58 | CARTHURS | 513: OVERDUE. |
| 08/30/2006 20:24:59 | SARMSTRONG | 513: OVERDUE. |
| 08/30/2006 20:25:27 | LWILLIS | 513: OVERDUE. |
| 08/30/2006 20:29:02 | LWILLIS | 513 Contact: . Extended by 999 min. |
| 08/30/2006 20:29:37 | CARTHURS | 531 ENROUTE |
| 08/30/2006 20:50:34 | LWILLIS | 505 : LEAVE SCENE |
| 08/30/2006 20:50:42 | LWILLIS | 505 : 10-8 FROM SWMC |
| 08/30/2006 20:50:49 | LWILLIS | 506 : 10-8 FROM SWMC |
| 08/30/2006 20:50:58 | LWILLIS | 506 : LEAVE SCENE |
| 08/30/2006 20:53:17 | LWILLIS | 505 : TELL FRONT DESK THAT IF ANY MORE KBI AGENTS SHOW UP TELL THEM THAT THEY HAVE MOVED TO THE SCENE |
| 08/30/2006 20:53:28 | LWILLIS | 558 : STATES HE WILL TELL THE FRONT DESK |
| 08/30/2006 20:55:39 | LWILLIS | 506 : BACK AT THE SCENE |

**EXHIBIT A**

324  D00327

| DATE/TIME | OPERATOR | COMMENTS |
|---|---|---|
| 08/30/2006 20:55:44 | LWILLIS | 506 : AT DESTINATION |
| 08/30/2006 20:56:59 | LWILLIS | 502 : ATSCNE |
| 08/30/2006 20:57:02 | LWILLIS | 505 : AT SCENE |
| 08/30/2006 20:57:06 | LWILLIS | 502 : AT THE SCENE |
| 08/30/2006 20:57:12 | LWILLIS | 502 : AT DESTINATION |
| 08/30/2006 21:39:40 | CARTHURS | 505 ADVISED KBI NEEDED TO VIEW THE BODY AND ALSO TO CONTACT WADE TANNER TO GO TO THE BACK DOOR TO THE PD |
| 08/30/2006 21:44:54 | LWILLIS | REQUESTED SHERWIN-WILLIAMS ADDRESS 523 S KANSAS |
| 08/30/2006 21:47:02 | LWILLIS | PD10 : LEAVE SCENE |
| 08/30/2006 21:47:10 | LWILLIS | PD10 : ENT TO PD |
| 08/30/2006 21:48:20 | LWILLIS | 506 : ENT TO PD FROM THE SCENE |
| 08/30/2006 21:48:22 | LWILLIS | 506 : LEAVE SCENE |
| 08/30/2006 21:51:44 | CARTHURS | 506 : AT DESTINATION |
| 08/30/2006 22:02:41 | CARTHURS | 542 : LEAVE SCENE |
| 08/30/2006 22:07:48 | CARTHURS | 552 : AVAIL |
| 08/30/2006 22:16:48 | CARTHURS | 542 : AVAIL |
| 08/30/2006 22:20:33 | CARTHURS | PD10 : AVAIL |
| 08/30/2006 22:42:24 | CARTHURS | 513 : AVAIL |
| 08/30/2006 23:07:13 | MTRYON | 556 : AVAIL |
| 08/30/2006 23:21:16 | MTRYON | 500 : ENROUTE |
| 08/30/2006 23:21:23 | MTRYON | 500 : AVAIL |
| 08/30/2006 23:49:58 | MTRYON | 506 : AVAIL |
| 08/31/2006 00:28:00 | MTRYON | 518 : AVAIL |
| 08/31/2006 00:31:27 | MTRYON | No match was returned for: 523 S KANSAS. |
| 08/31/2006 00:31:31 | MTRYON | Successful range match was returned for 523 S KANSAS AVE |
| 08/31/2006 00:31:31 | MTRYON | No Prior Knowledge Records found For 523 S KANSAS AVE |
| 08/31/2006 00:31:31 | MTRYON | Nearby Incident Information For 523 S KANSAS AVE |
| 08/31/2006 00:31:31 | MTRYON | 523 S KANSAS AV: cross streets : HWY 83 HWY & 21ST ST & 23RD ST & W 15TH ST & |
| 08/31/2006 00:31:44 | MTRYON | Incident Location changed from 24 E PANCAKE BLVD to 523 S KANSAS AVE |
| 08/31/2006 01:01:25 | MTRYON | 589 : ATSCNE |
| 08/31/2006 01:03:18 | BADKINSON | 589 : AVAIL |
| 08/31/2006 01:04:20 | BADKINSON | 582 : AVAIL |
| 08/31/2006 01:16:15 | MTRYON | 501 : AVAIL |
| 08/31/2006 01:16:15 | MTRYON | 505 : AVAIL |
| 08/31/2006 01:16:15 | MTRYON | 522 : AVAIL |
| 08/31/2006 01:16:16 | MTRYON | 537 : AVAIL |
| 08/31/2006 01:16:16 | MTRYON | 538 : AVAIL |
| 08/31/2006 01:16:16 | MTRYON | 558 : AVAIL |
| 08/31/2006 04:51:24 | MTRYON | Dispo Set to: REPORT for PD2006013644 |
| 08/31/2006 04:51:24 | MTRYON | 502 : AVAIL |
| 08/31/2006 04:51:24 | MTRYON | Incident Closed. |

OFFENSE CODE: _____

PLACE TYPE: _____

_____

_____

EVENT ID: PD2006013644                                    Page 61 of 75

**EXHIBIT A**