IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA A. BOWEN-SOTO, as Administrator )
of the Estate of John Soto, Jr., )
and as Next Friend of JS, HS and AS, )
                         Plaintiff, )
                          )
v. ) Case No. 08-1171-MLB-DWB
                          )
CITY OF LIBERAL, KANSAS, )
                         Defendant. )

## AFFIDAVIT

STATE OF KANSAS )
                     ) ss:
COUNTY OF SEWARD )

Jared Ratzlaff, of lawful age, being first duly sworn, on oath deposes and states as follows:

1. On August 30, 2006 I was 6 ft, 5 inches tall and weighed approximately 270-280 pounds.

2. When Soto was startled by the approach of another citizen and began running, he was running in the direction of a busy McDonald's restaurant and one of the busiest intersections in the City of Liberal.

3. Within one minute after I secured Soto's legs with a dog leash, officers picked him up and began carrying him to a patrol car for transport to the hospital.

And further affiant saith not.

_____
Jared Ratzlaff

Subscribed and sworn to before me this 4th day of January, 2010

_____
Notary Public

My appointment expires:

**EXHIBIT B**