IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA A. BOWEN-SOTO, as Administrator )
of the Estate of John Soto, Jr., )
and as Next Friend of JS, HS and AS, )
                           Plaintiff, )
                            )
v.                            )   Case No. 08-1171-MLB-DWB
                            )
CITY OF LIBERAL, KANSAS, )
                        Defendant. )
                            )

## AFFIDAVIT

STATE OF KANSAS     )
                         ) ss:
COUNTY OF SEWARD   )

      Dennis Mulanax, of lawful age, being first duly sworn, on oath deposes and states as follows:

      1.     Prior to the encounter with Soto, I was unaware that any officers of the Liberal Police Department used a hog tie restraint.

      2.     I did not train officers of the Liberal Police department to use a hog tie restraint.

      3.     Patrol cars of the Liberal Police Department were equipped with dog leashes for purpose of dealing with dogs.

      And further affiant saith not.

                                                    Dennis Mulanax

      Subscribed and sworn to before me this 5th day of January, 2010

CATHERINE BYRD
MY COMMISSION EXPIRES
April 24, 2012

                                        Catherine Byrd
                                        Notary Public

My appointment expires:

# EXHIBIT C