IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| TONYA A. BOWEN-SOTO, as Administrator<br>of the Estate of John Soto, Jr.,<br>and as Next Friend of JS, HS and AS,<br>Plaintiff, | )<br>)<br>)<br>)<br>) | |
| v. | ) | Case No. 08-1171-MLB-DWB |
| CITY OF LIBERAL, KANSAS,<br>Defendant. | )<br>)<br>)<br>) | |

## AFFIDAVIT

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF _____ | ) | |

Vincent J.M. DiMaio, M.D., of lawful age, being first duly sworn, on oath deposes and states as follows:

1.      The attached as Exhibit DA is an accurate copy of my CV.

2.      The attached report and supplemental report (Exs. DB and DC) are reports I prepared after review of the information listed therein.

3.      In all medical probability, Soto died of a fatal cardiac arrhythmia due to Excited Delirium probably caused by cocaine intoxication.

4.      The proper treatment to prevent cardiac arrest from excited delirium is the administration of a sedative medication such as Valium.

5.      Even if medical help had been immediately summoned by the first officer on the scene, there would have been insufficient time for Valium given by the usual intramuscular route to have acted to prevent cardiac arrest.

# EXHIBIT D

6. In all medical probability, the immediate summoning of EMS would not have prevented Soto's death.

7. The manner in which Soto was restrained was probably not a factor in his death as it would not have caused or contributed to the cardiac arrest.

And further affiant saith not.

_____
Vincent J.M. DiMaio

Subscribed and sworn to before me this ____ day of January, 2010.

_____
Notary Public

My appointment expires:

03/17/2013

MARY E. BALDWIN
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-17-2013

**EXHIBIT D**

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Vincent J.M. Di Maio, M.D. |
| ADDRESS: | 10 Carriage Hills<br>San Antonio, Texas 78257<br>(210) 698-1400<br>FAX (210) 698-3809<br>vincent_dimaio@yahoo.com |
| BIRTHDATE: | March 22, 1941 |
| BIRTHPLACE: | Brooklyn, New York |
| COLLEGE: | St. John's University, 1958-1961 |
| MEDICAL SCHOOL | State University of New York<br>Downstate Medical Center, 1961-1965 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Internship in Pathology: | Duke University Hospital, Durham, NC<br>July 1, 1965 - June 30, 1966 |
| Residency in Pathology: | State University - Kings County<br>Medical Center, Brooklyn, NY<br>June 1, 1966 - June 30, 1969 |
| Fellow in Forensic Pathology: | Office of the Chief Medical Examiner<br>of Maryland, Baltimore, Maryland,<br>July 1, 1969 - June 30, 1970 |

## BOARD CERTIFICATION

American Board of Pathology, ANATOMICAL PATHOLOGY, 1970

American Board of Pathology, CLINICAL PATHOLOGY, 1970

American Board of Pathology, FORENSIC PATHOLOGY, 1971

## MILITARY SERVICE

Major, Medical Corps, United States Army Reserve, July 1, 1970 - June 30, 1972. Assigned to Armed Forces Institute of Pathology, Washington, D.C.

**EXHIBIT DA**

**PRESENT POSITIONS**

Consultant in Forensic Medicine
and Pathology                          March 1, 1981 - present

Editor-In-Chief                        American Journal of Forensic Medicine and
                                       Pathology, January 1, 1992, to present

Consultant                             Bexar County Medical Examiner's Office, 1/01/07 to
                                       present

Member                                 Strategic Planning Committee of National Association of
                                       Medical Examiners, 2003 to present


**PRIOR POSITIONS**

Chief Medical Examiner                 Bexar County, San Antonio, Texas
                                       March l, 1981, to December 31, 2006 (retired)

Professor                              Department of Pathology, University of
                                       Texas Health Science Center at San
                                       Antonio, February 1, 1987, to December 31, 2006

Board of Directors                     National Association of Medical Examiners
1979-1984; 2004 to 2009

Member                                 Working group to develop standards/guidelines for
                                       medical examiners, Standards, Inspections and
                                       Accreditation committee of the National Association of
                                       Medical Examiners

Member                                 Strategic Planning Committee of National Association of
                                       Medical Examiners, 1999 to 2001

Consultant                             Saville Inquiry into "Bloody Sunday", 2003-2004

Consultant                             Assassination Records Review Board, Washington D.C.

Consultant                             United Nations Office of the Prosecutor for the
                                       International Criminal Tribunal for the Former
                                       Yugoslavia (September 1997 - February 1998)

Director                               Bexar County Criminal Investigation Laboratory
                                       San Antonio, Texas
                                       March 1, 1981 - April 15, 1997

Medical Examiner                       Office of the Dallas County Medical
                                       Examiner, Dallas, TX, July 1, 1972 -
                                       February 28, 1981

**EXHIBIT DA**

| | |
|---|---|
| Associate Professor | Dept. of Pathology, University of Texas Health Science Center at Dallas, September 1, 1977 - February 28, 1981 |
| Assistant Professor | Dept. of Pathology, University of Texas Health Science Center at Dallas, September 1, 1974 - August 31, 1977 |
| Instructor | Dept. of Pathology, University of Texas Health Science Center at Dallas, July 1, 1972 - August 31, 1974 |
| Chief, Wound Ballistics Section | Forensic Pathology Branch, Armed Forces Institute of Pathology, July 1, 1971 - June 30, 1972 |
| Chief, Legal Medicine Section | Forensic Pathology Branch, Armed Forces Institute of Pathology, Sept. 1, 1970 - June 30, 1971 |

**PROFESSIONAL OFFICES**

| | |
|---|---|
| Board of Editors | American Journal of Forensic Medicine and Pathology, February 1980 - |
| Board of Editors | Legal Medicine (Japanese Soc. of Legal Med), 1999- |

**PRIOR PROFESSIONAL OFFICES**

| | |
|---|---|
| Board of Editors | Journal of Forensic Sciences, February 1980 - 2000 |
| Board of Directors | National Association of Medical Examiners, 1980 - 1986 |
| Chairman | Council on Forensic Pathology, American Society of Clinical Pathologists, 1979 - 1982 |
| Member | Council on Forensic Pathology, American Society of Clinical Pathologists, 1976 - 1982 |
| Editor | Forensic Science Gazette, Sept. 1, 1974 December 31, 1980 |
| Editorial Board | Pathologist, College of American Pathologists, 1980 - 1983 |
| Consultant | Department of Pathology, Baylor University Medical Center, Dallas, Texas, |

**EXHIBIT DA**

**PROFESSIONAL MEMBERSHIPS**

Fellow, American Academy of Forensic Sciences

National Association of Medical Examiners (1971 - present)

Membro academico correspondiente Academia de Medicinia legal y ciencias forenses de la Republica Argentina

## AWARDS

"The CCE Commissioners' Medal" by The American Society of Clinical Pathologists

The "Jean R. Oliver, M.D. Master Teacher Award", presented by the Alumni Association of the State University of New York-Downstate Medical Center. Brooklyn, New York, May 12, 1990

"The George E. Gantner Jr., Memorial Award" presented by the National Association of Medical Examiners, Baltimore, MD, September 16, 1997

"Outstanding Service Award" presented by the National Association of Medical Examiners, Minneapolis, Minn. October 19, 1999

"Milton Helpern Award" Presented by the Pathology/Biology Section American Academy of Forensic Sciences Chicago Illinois, February 19, 2003

Milton Helpern Laureate Award Presented by the National Association of Medical Examiners, October 17, 2006

**EXHIBIT DA**

## BOOKS

1. Di Maio T.G. and Di Maio V.J.M. **Excited Delirium Syndrome.** CRC Press Inc. Boca Raton,Fl, 2006

2. Di Maio, V.J.M. and Di Maio, D. **Forensic Pathology**. 2nd ed. CRC Press Inc., Boca Raton, FL, 2001

   *(Di Maio, V.J.M. and Di Maio, D. Medycyna sądowa Urban & Partner 2005.)*

3. Di Maio, V.J.M. **Gunshot Wounds** - Practical Aspects of Firearms, Ballistics and Forensic Techniques. 2nd ed. CRC Press Inc., Boca Raton, FL, 1999.

   *(Di Maio, V.J.M. Hewridas Por Arma de Fuego – Aspectos practicos sobre las armas de fuego, balistica y tecnicas forenses. Ediciones La Rocca, Buenos Aires, 1999)*

   *(Di Maio, V.J.M. Blessares Par Armes a Feu - Aspects pratiques des armes a feu, de la balistique et des techniques medico-legales. Masson, Paris, 1991)*

4. Di Maio, V.J.M. and Dana, S.E. **Handbook of Forensic Pathology.** 2nd ed. CRC Press Inc., Boca Raton, FL, 2006

   *(Di Maio, V.J.M. and Dana, S.E. Manual de Patologia Forense. EdicionesDiaz de Santos,S.A. Madrid, Espana, 2003)*

5. Di Maio, V.J.M. (Editor) Symposium on Forensic Pathology - Clinics in Laboratory Medicine. Vol. 3, No. 2, June 1983, W.B. Saunders Co., Phil, PA.

## ARTICLES

1. DiMaio, D.J., Zeichner, M., DiMaio, V.J.M. "Sudden Death in a Woman with Unsuspected Idiopathy Pulmonary Hemosiderosis", JAMA, 206:2520-2522, 1968.

2. Minkowitz, S., Zeichner, M., DiMaio, V.J.M. "Cystosarcoma Phyllodes: A Unique Case with Multiple Unilateral Lesions and Ipsilateral Axillary Metastasis", J. Path. Bact., 96:514-517, 1968.

3. DiMaio, V.J.M., Spitz, W.U. "Injury by Birdshot", J. Forensic Sci., 15:396-402, 1970.

4. Spitz, W.U., Sopher, I.M., DiMaio, V.J.M. "Medicolegal Investigation of a Bomb Explosion in an Automobile", J. Forensic Sci., 15:537-552, 1970.

5. DiMaio, V.J.M., DiMaio, D.J. "A Postpartum Dissecting Coronary Aneurysm", NY State J. Med., 71:767-769, 1971.

6. DiMaio, V.J.M., Spitz, W.U. "Variations in Wounding due to Unusual Firearms and Recently Available Ammunition", J. Forensic Sci., 17:377-386, 1972.

7. DiMaio, V.J.M., DiMaio, D.J. "Bullet Emboli: Six Cases and a Review of the Literature", J. Forensic Sci., 17:394-398, 1972.

8. DiMaio, V.J.M., DiMaio, D.J. "An Unsuspected Stab Wound of the Brain", Military Med., 137:434-435, 1972.

9. DiMaio, V.J.M. "Wound Ballistics", J. Assoc. Firearms/Toolmark Examiners, 4:27-29, 1972.

# EXHIBIT DA

10.     DiMaio, V.J.M., Jones, J.A., Petty, C.S.   "Ammunition for Police: A Comparison of the Wounding Effects of Commercially Available Cartridges", J. Police Sci. Adminis., 1:269-273, 1973.

11.     DiMaio, V.J.M., Mullick, F.G., Henry, L.D.  "Hexachlorophene Poisoning"  J. Forensic Sci., 18:303-308, 1973.

12.     DiMaio, V.J.M.  "Accidental Hangings due to Pacifiers", JAMA, 226:790, 1973.

13.     Sturner, W.Q., DiMaio, V.J.M.  "Fatal Hyperglycemia and Acidosis Following Pancake Syrup Ingestion", AACTion (Newsletter of the Amer. Acad. Clin. Toxicol.), 1:3-5, 1973.

14.     DiMaio, V.J.M.  "From Dallas to Chappaquiddick:  A Tale of Failure", J. Canad. Soc. Forensic Sci., 7:127-128, 1974.

15.     Henry, L.D., DiMaio, V.J.M.  "A Fatal Case of Hexachlorophene Poisoning", Military Med., 139:41-42, 1974.

16.     DiMaio, D.J., DiMaio, V.J.M.  "Two Deaths Caused by a Lack of Oxygen in a Water Vault", J. Forensic Sci., 19:398-401, 1974.

17.     DiMaio, V.J.M., Garriott, J.C.  "Lethal Caffeine Poisoning in a Child", Forensic Sci., 3:275-278, 1974.

18.     DiMaio, V.J.M., Henry, L.D.  "Chloroquine Poisoning", Southern Med. J., 67:1031-1035, 1974.

19.     DiMaio, V.J.M., Berstein, C.G.  "A Case of Infanticide", J. Forensic Sci., 19:744-754, 1974.

20.     DiMaio, V.J.M., Jones, J.A.  "Deaths due to Accidental Discharge of a Dropped Handgun", J. Forensic Sci., 19:759-767, 1974.

21.     DiMaio, V.J.M., Jones, J.A., Caruth, W.W., et.al.  "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use", FBI Law Enforcement Bull., 43:3-8, 1974.

22.     DiMaio, V.J.M., Garriott, J.C.  "A Fatal Dose of Paraldehyde During Treatment of a Case of Delirium Tremens", J. Forensic Sci., 19:755-758, 1974.

23.     DiMaio, V.J.M., Minette, L.J., Johnson, S.   "Three Deaths due to Revolver Shot Shell Cartridges", Forensic Sci., 4:247-252, 1974.

24.     DiMaio, V.J.M., Garriott, J.C., Putman, R.  "Digoxin Concentration in Postmortem Specimens after Overdose and Therapeutic Use", J. Forensic Sci., 20:340-347, 1975.

25.     DiMaio, V.J.M., Jones, J.A., Caruth, W.W., et.al.  "The Effectiveness of Snub-Nose Revolvers and Small Automatic Pistols", FBI Law Enforcement Bull., 44:10-13, 1975.

26.     DiMaio, V.J.M.  "Homicidal Death by Air Rifle", J. Trauma, 15:1034-1037, 1975.

27.     DiMaio, V.J.M. and Froede, R.  "Allergic Reactions to the Tine Test", JAMA, 233:769, 1975.

28.     DiMaio, V.J.M.  "Two Anaphylactic Deaths Following Chemonucleolysis",  J. Forensic Sci., 21:187-190, 1976.

29.     DiMaio, V.J.M., Petty, C.S., Stone, I.C.  "An Experimental Study of Powder Tattooing of the

**EXHIBIT DA**

Skin", J. Forensic Sci., 21:367-372, 1976.

30.   DiMaio, V.J.M., Garriott, J.C. "Intravenous Abuse of Propylhexedrine", J. Forensic Sci., 22:152-158, 1977.

31.   DiMaio, V.J.M., Zumwalt, R.E. "Rifle Wounds from High Velocity Centerfire Hunting Ammunition", J. Forensic Sci., 22:132-140, 1977.

32.   DiMaio, V.J.M., Sturner, W.Q., Coe, J. "Sudden and Unexpected Deaths After the Acute Onset of Diabetes Mellitus", J. Forensic Sci., 22:147-151, 1977.

33.   Garriott, J.C., DiMaio, V.J.M., Zumwalt, R.E. and Petty, C.S. "Incidence of Drugs and Alcohols in Fatally Injured Motor Vehicle Drivers", J. Forensic Sci., 22:383-389, 1977.

34.   Stone, I.C. and DiMaio, V.J.M. "Metallic Residues in Gunshot Wounds", AFTE Journal, 9:31-36, 1977.

35.   White, L. and DiMaio, V.J.M. "Intravenous Propylhexedrine and Sudden Death", NEJM, 297:1071, 1977.

36.   DiMaio, V.J.M., Garriott, J.C. "Four Deaths Resulting in Abuse of Nitrous Oxide", J. Forensic Sci., 23:169-172, 1978.

37.   Stone, I.C., DiMaio, V.J.M. and Petty, C.S. "Gunshot Wounds: Visual and Analytical Procedures", J. Forensic Sci., 23:361-367, 1978.

38.   Kirkpatrick, J. and DiMaio, V.J.M. "Civilian Gunshot Wounds of the Brain", J. Neurosurgery, 49:185-198, 1978.

39.   Norton, L.E., DiMaio, V.J.M. and Zumwalt, R.E. "Spontaneous Pneumothorax in the Newborn: A Report of Two Fatalities", J. Forensic Sci., 23:508-510, 1978.

40.   DiMaio, V.J.M. and Garriott, J.C. "Four Deaths due to Intravenous Injection of Cocaine", Forensic Science, 12:119-125, March/April 1979.

41.   White, K.M. and DiMaio, V.J.M. "Gunshot Wounds: Medicolegal Responsibilities of the E.R. Nurse", Journal of Emergency Nursing, 5:29-35, March/April, 1979.

42.   Anderson, R.J., Garza, H.R., Garriott, J.C. and DiMaio, V.J.M. "Intravenous Propylhexedrine (Benzedrex[R]) Abuse and Sudden Death", Amer. J. Med., 67:15-20, 1979.

43.   Norton, L.E., DiMaio, V.J.M. and Gilchrist, T.F. "Iron Staining of the Hands in Suicides with Firearms", J. Forensic Sci., 24:608-609, July 1979.

44.   Petty, C.S. and DiMaio, V.J.M. "The Medical Community and the Medical Examiner", Dallas Medical Journal, 65:288-294, 1979.

45.   DiMaio, S.J., DiMaio, T.M., DiMaio, V.J.M., Nicastri, A.D. and Chen, C.K. "Oncocytic Carcinoma of the Nasal Cavity: A Case Report and Review of the Literature", Southern Medical Journal, 73:803-806, 1980.

46.   DiMaio, V.J.M. and DiMaio, S.J. "Fatal Water Intoxication in a Case of Psychogenic Polydipsia", J. Forensic Sci., 25:332-335, 1980.

**EXHIBIT DA**

47.  DiMaio, S.J., DiMaio, V.J.M. and Kirkpatrick, J.  "Sudden Death due to Primary Intracranial Neoplasm", Amer. J. Forensic Med. and Path., 1:29-46, March 1980.

48.  DiMaio, V.J.M.  "Penetration and Perforation of Skin by Bullets and Missiles - A Review of the Literature", Amer. J. Forensic Med. and Path., 2:107-110, June 1981.

49.  Tate, L.G., DiMaio, V.J.M. and Davis, J.H., "Rebirth of Exploding Ammunition", J. Forensic Sci., 26:636-644, October 1981.

50.  Norton, L.E., Garriott, J.C. and DiMaio, V.J.M.  "Drug Detection at Autopsy:  A Prospective Study of 247 Cases",  J. Forensic Sci., 27:66-71, January 1982.

51.  DiMaio, V.J.M., Copeland, A.R., Besant-Matthews, P.E., Fletcher, L.A. and Jones, A.  "Minimal Velocities Necessary for Perforation of Skin by Airgun Pellets and Bullets, J. Forensic Sci., 27:894-898, October 1982.

52.  Garriott, J.C., DiMaio, V.J.M. and Petty, C.S.  "Death by Poisoning:  A 10-Year Survey of Dallas County", J. Forensic Sci., 27:868-879, October 1982.

53.  DiMaio, V.J.M., DiMaio, S.M., Garriott, J.C. and Simpson, P. "A Fatal Case of Lead Poisoning due to a Retained Bullet", Amer. J. of Forensic Med. and Path., 4:165-169, June 1983.

54.  Garriott, J.C. and DiMaio, V.J.M.  "Death in the Dental Chair:  Three Drug Fatalities in Dental Patients", J. of Toxicology - Clinical Toxicology, 19:987-995, 1982-3.

55.  Norton, L.E., Cottone, J.A., Sopher, I.M. and DiMaio, V.J.M. "The Exhumation and Identification of Lee Harvey Oswald", J. Forensic Sci., 29:1:19-38, January 1984.

56.  Rao, V.J., May, C.L. and DiMaio, V.J.M.  "The Behavior of the Expanding Point of .25 ACP Ammunition in the Human Body", The Amer. J. of Forensic Med. and Path., 5:1:37-39, March 1984.

57.  Garriott, J.C., Rodriguez, R. and DiMaio, V.J.M.  "A Death from Fentanyl Overdose"  J. of Analytic Tox., 8:288-289, Nov/Dec 1984.

58.  DiMaio, V.J.M. and Garriott, J.C.  "How Valid is the 0.10 Percent Alcohol Level as an Indicator of Intoxication?", Pathologist, 39:3:31-33, March 1985.

59.  DiMaio, V.J.M.  "Subscleral Hemorrhage", Amer. J. of Forensic Med. and Path., 6:95, March 1985.

60.  DiMaio, V.J.M., Dana, S.E. and Bux, R.C.  "Deaths Caused by Restraint Vests", JAMA, 255:905, 1986.

61.  Garriott, J.C., DiMaio, V.J.M. and Rodriguez, R.G.  "Detection of Cannabinoids in Homicide Victims and Motor Vehicle Fatalities", J. Forensic Sci., 31:4:1274-1282, October 1986.

62.  DiMaio, V.J.M., Dana, S.E., Taylor, W.E. and Ondruske, J.  "Use of Scanning Electron Microscopy and Energy Dispersive X-ray Analysis (SEM-EDXA) in Identification of Foreign Material on Bullets", J. Forensic Sci., 32:1:38-47, January 1987.

63.  DiMaio, V.J.M.  "Sudden Unexpected Deaths due to Massive Non-Traumatic Intra-Abdominal Hemorrhage in Association with Cirrhosis of the Liver", Amer. J. For. Med. and Path., 8(3):266-

**EXHIBIT DA**

268, 1987.

64.    DiMaio, V.J.M. and Dana, S.E.  "Deaths Caused by Carbon Monoxide Poisoning in an Open Environment (Outdoors)", J. of Forensic Sci., 32:6:1794-1795, November 1987.

65.    DiMaio, V.J.M. and DiMaio, D.J.M. "Natural Death As Viewed By The Medical Examiner: A Review of 1000 Consecutive Autopsies of Individuals Dying of Natural Disease" J. of Forensic Sci., 36(1): 17-24, January 1991.

66.    DiMaio, V.J.M. and Kaplan, J.A. "An Unusual Entrance Wound Associated With Rimfire Rifles".  Amer. J. For. Med. and Path. 12(3):207-208, 1991.

67.    DiMaio, V.J.M., Editorial. Amer. J. For. Med. and Path. 13(1):1, 1992.

68.    Holmes, J.H. IV, Guileyardo, J.M., Barnard, J.J. and Di Maio, V.J.M.  "Pressure Sores in a Christian Science Sanatorium."  Amer. J. For. Med. and Path. 14(1):10-11, 1993.

69.    Zivot, U. and Di Maio, V.J.M., "Motor Vehicle-Pedestrian Accidents in Adults: Relationship Between Impact Speed, Injuries, and Distance Thrown" Amer. J. For. Med. & Path. 14(3):185-186, 1993

70.    Di Maio V.J.M. and Di Maio D.J.M., "Incidence of Coronary Thrombosis in Sudden Death due to Coronary Artery Disease" Amer. J. For. Med. & Path. 14(4):273-2, 1993

71.    Cina S.J., Di Maio V. and Smialek J.E., "Suggested Guidelines for Platform Presentations". Amer. J. For. Med. & Path. 19(1):54-56, 1998

72.    Kaplan J., Klose R., Fossum R. and Di Maio V.J.M., "Centerfire Frangible Ammunition: Wounding Potential and Other Forensic Concerns". Amer. J. Forensic Med. & Path. 19(4):299-302, 1998

73.    Milovanovic A.V. and Di Maio V.J.M., "Death Due to Concussion and Alcohol". Amer. J. For. Med. & Path. 20(1):6-9, 1999

74.    Di Maio VJ.M., "Homicidal Asphyxia". Amer J. Forensic Med. & Path. 21(1):1-4, 2000

75.    Kohlmeier RE, Di Maio VJM and Kagan-Hallet K. "Fatal hyperthermia in hot baths in individuals with multiple sclerosis". Amer. J. Forensic Med. & Path. 21(3):201-203. 2000

76.    Di Maio V.J.M. and Francis J.R. "Hetertopic Ossification in Unidentified Skeletal Remains". Amer. J. Forensic Med. & Path. 22(2):160-164. 2001

77.    Kohlmeier RE, McMahan CA and Di Maio VJM. "Suicide by Firearms: A 15-year experience". Amer. J. Forensic Med. & Path. 22(4):337-340. 2001

78.    Di Maio, VJM and Di Maio, TG.  "Homicide by decubitus ulcers" Amer. J. Forensic Med. & Path. 23(1):1-4. 2002

79.    Molina DK and Di Maio VJM. "The Reliability of immunoassay for determining the presence of opiates in the forensic setting". Amer. J. Forensic Med. & Path. 26(4):303-304. 2005

80.    Molina DK, Martinez M, Garcia J, DiMaio VJ "Gunshot Residue Testing in Suicides: Part I Analysis by SEM/EDX. *The American Journal of Forensic Medicine and Pathology.* 2007; 28: 187-190.

**EXHIBIT DA**

81.   Molina DK, Castorena J, DiMaio VJ "Gunshot Residue Testing in Suicides: Part II Analysis by ICP/AES. *The American Journal of Forensic Medicine and Pathology.* 2007; 28: 191-194.

82.   Molina DK, Wood L, DiMaio VJ Shotgun Wounds: A Review of Wound Location, Range of Fire and Manner of Death. Amer. J. Forensic Med. & Path. 28(2):99-102. 2007

83.   Molina DK, Nichols JJ, DiMaio VJ "The Sensitivity of CT Scans in Diagnosing Trauma". The Journal of Trauma *J Trauma.* 2007;63:625– 629.

84.   Kohlmeier RE. Dimaio VJ. Sharkey F. Rouse EA. Reeves KE. The timing of histologic changes in liver lacerations. American Journal of Forensic Medicine & Pathology. 29(3):206-7, 2008

85.   Molina DK. DiMaio VJ. Rifle wounds: a review of range and location as pertaining to manner of death. American Journal of Forensic Medicine & Pathology. 29(3):201-5, 2008

86.   Molina DK. Dimaio VJ. Trends in firearm usage in homicides and suicides in Bexar County Texas from 1982 to 2004. American Journal of Forensic Medicine & Pathology. 29(4):281-4, 2008

## SCIENTIFIC LETTERS

1.   Henry L., and DiMaio, V.J.M. "Pulmonary Edema and Propoxyphene", JAMA, 215:2115, 1971.

2.   DiMaio, V.J.M. "Forensic Pathology", NEJM, 295:735, 1976.

3.   DiMaio, V.J.M. "The Pathologist as Expert Witness", Correspondence - Human Pathology 17:205-206, February 1986.

4.   DiMaio, V.J.M. "SIDS or Murder" (Letter) Pediatrics, 81(5):747, May, 1988

5.   DiMaio, V.J.M., Dana, S.E., & Bux, R.C. "Sudden Cardiac Death" (Letter) NEJM, 322:271, January, 1990.

6.   DiMaio, V.J.M., "Assault Weapons as a Public Health Hazard" (Letter) JAMA, 268:3073, 1992

7.   DiMaio, V.J.M., "Discussion of Practical Approach to Investigative Ethics and Religious Objections to Autopsy." (Letter) J. of Forensic Sci. 38(2):233, 1993

8.   DiMaio, V.J.M., "Assisted Death and Physician-Assisted Suicide." (Letter) NEJM 328(13):965, 1993

9.   DiMaio, V.J.M., "Child Abuse and Apparent Life-threatening events" (Letter;comment) Pediatrics 96(1Pt 1):168, 1995.

10.   DiMaio, V.J.M., "Medical Examiners, Forensic Pathologists, and Coroners" (Letter) JAMA 277(7):531, 1997.

11.   DiMaio,V.J.M., "The Shaken-Baby Syndrome". (Letter) NEJM, 339(18):1329. 1998 Oct

12.   Di Maio VJM  Repeat sudden unexpected infant deaths. (Comment.Letter). Lancet. 2005 365:1137-1138.

# EXHIBIT DA

# BOOK CHAPTERS

1. DiMaio TG and DiMaio VJM "Excited Delirium Syndrome", in Bader DM and Gabriel S. Eds. <u>Forensic Nursing: a Concise Manual.</u> CRC Press. Boca Raton, Fl 33487

2. DiMaio VJM and DiMaio TG "Deaths in Nursing Homes", in Bader DM and Gabriel S. Eds. <u>Forensic Nursing: a Concise Manual.</u> CRC Press. Boca Raton, Fl 33487

3. DiMaio VJM and DiMaio TG "Excited Delirium Syndrome", in Kroll MW and Ho JD. Eds. <u>TASER[R] Conducted Electrical Weapons: Physiology, Pathology and Law.</u> Springer, N.Y. 2009

4. DiMaio, V.J.M "Deaths in Custody Investigations", In Ross DL and Chan TC. Eds. <u>Sudden Deaths in Custody.</u> 2006, Humana Press, N.J.

5. Dana S. and Di Maio V.J.M. "Gunshot Trauma", In Payne-James, J., Busuttil, A. & Smock, W. eds. <u>Forensic Medicine: Clinical and Pathological Aspects.</u> 2003, Greenwich Medical Media. London.

6. DiMaio, V.J.M. "Shotgun Wounds", In: Froede, R.C. eds. <u>Handbook of Forensic Pathology,</u> Published by College of American Pathologists, 2nd ed, 2003:185-188.

7. DiMaio, V.J.M. "Characteristics of Wounds Produced by Handguns and Rifles". In: Froede, R.C., eds. <u>Handbook of Forensic Pathology,</u> Published by College of American Pathologists, 2nd ed. 2003:175-183.

8. DiMaio, V.J.M. "Wounds from Civilian and Military Rifles", In: Froede, R.C. <u>Clinics in Laboratory Medicine, Forensic Pathology, Part II,</u> W.B. Saunders Co., Phil., PA, 1998,18(2):189-201

9. DiMaio, V.J.M. "Shotgun Wounds", In: Froede, R.C. eds. <u>Handbook of Forensic Pathology,</u> Published by College of American Pathologists, 1990:227-231.

10. DiMaio, V.J.M. "Characteristics of Wounds Produced by Handguns and Rifles". In: Froede, R.C., eds. <u>Handbook of Forensic Pathology,</u> Published by College of American Pathologists, 1990:217-225.

11. DiMaio, V.J.M. "Basic Principles in the Investigation of Homicides", <u>Pathology Annual: 1984, Part 2,</u> Sommers, S.C. and Rosen, P.P., Editors, Appleton-Century,Crofts, Norwalk, CT, 1984.

12. DiMaio, V.J.M. "Trace Evidence and the Pathologists", <u>Symposium on Forensic Path. -Clinics in Lab. Med.</u> 3(2):355-366, June 1983, W.B. Saunders Co., Phil., PA.

13. DiMaio, V.J.M. "Wounds Caused by Centerfire Rifles", <u>Symposium on Forensic Path. -Clinics in Lab. Med.,</u> 3:2:273-294, June 1983, W.B. Saunders Co., Phil., PA.

14. DiMaio, V.J.M. and Petty, C.S., Chapter 25, "Multiple Death Investigations", <u>Modern Legal Medicine, Psychiatry and Forensic Science,</u> Curran, W.J., McGarry, A.L. and Petty, C.S., F.A. Davis Co., Phil., PA, 1980.

## TECHNICAL MANUALS

1.  DiMaio, V.J.M., "9MM VS .45 ACP", in Wound Ballistic Workshop, FBI Academy, September 15 - 17, 1987

2.  DiMaio, V.J.M., "Summary of Remarks", in Wound Ballistic Workshop Presentations, FBI Academy, January 19 - 22, 1993

**EXHIBIT DA**



**VINCENT J.M. DI MAIO, M.D.**
**CONSULTANT IN FORENSIC PATHOLOGY**
**10 CARRIAGE HILLS**
**SAN ANTONIO, TEXAS 78257**
**(210) 698-1400**
**FAX (210) 698- 3809**
**Email: vincent_dimaio@yahoo.com**

April 9, 2009

Allen G. Glendenning
Watkins & Calcara
1321 Main, Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530

RE:    Juan Soto

Dear Mr. Glendenning:

As requested, I have reviewed the following materials in regard to the above case:

1.     The Depositions of:
     a.     Officer Antrin,
     b.     Sgt. Odle,
     c.     Officer McCord,
     d.     Officer Ratzlaff,
     e.     Officer Keating and
     f.     Officer Head
2.     Videos from Car 5 and Car 11
3.     Reports of Kris Sperry, M.D. and Andrew Scott
4.     Copies of documents consisting of:
     a.     Reports,
     b.     Interviews,
     c.     EMS Records,
     d.     ER Records,
     e.     Dispatch Logs,

**EXHIBIT DB**

1

      f.     The Autopsy Report and

      g.    Dr. Mash's Report

At approximately 1801 hours on 8/30/06, the Liberal City Police Department (LCPD) received a call of an individual yelling, falling down and taking off his cloths. Officer Jon Antrin of the LCPD was dispatched and arrived at the scene at approximately 1805 hours. On arrival, he encountered a white male, subsequently identified as Juan Soto, Jr., walking around nude, yelling and making bizarre statements. As the Officer exited his vehicle, he drew his TASER$^R$ X26. He then repeatedly asked Mr. Soto to get on his knees. The latter did not comply. Mr. Soto then began to run from the officer who gave chase. After running a short distance, Mr. Soto tripped, falling onto his hands. He then got up and continued to flee from the Officer. At this time, Officer Antrin deployed his TASER$^R$ with one barb penetrating the right back and the other missing Mr. Soto. Initially, the TASER$^R$ did not seem to have any effect and Mr. Soto continued to flee. After traveling a short distance, he fell to the ground. The time was approximately 1807 hours.

Officer's Ratzlaff and Keating were now at the scene. Officer Ratzlaff grabbed Mr. Soto's right arm and tried to handcuff him. Officer Antrin activated his TASER$^R$ a second time with no effect. Mr. Soto got up and again attempted to flee. Officer Ratzlaff then took him to the ground. Mr. Soto grabbed the Officers right leg and the Officer fell backwards.

At this time, Officer McCord and Officer Head, who had arrived, went to Officer Ratzlaff's assistance. As the three Officers began struggling with Mr. Soto in an attempt to handcuff him, Officer Antrin went to their aid using the TASER$^R$ in the drive-stun mode. He applied it to the back of Mr. Soto's left shoulder with no effect. He then unsuccessfully tried to apply it to the groin and successfully applied it to the right shoulder. There seemed, however, to be no effect. Mr. Soto was face down. Officer Head straddled Mr. Soto's back with his knees on the ground. Officers McCord and Head were then able to gain control of Mr. Soto's right arm and Officer McCord put a cuff on the right wrist. Officer Keating obtained control of Mr. Soto's left arm. A handcuff was placed on the left wrist and the two handcuffs connected.

Officer J. W. Dickson arrived at the scene at approximately 1807 hours. He observed Officers Antrin, Ratzlaff, Head and McCord struggling on the ground with Mr. Soto. The Officers got control of Mr. Soto's legs by bending them at the knees and crossing them at the ankles. Officer Ratzlaff then obtained a dog leash from a patrol car and gave it to Officer Dickson who used it to secure Mr. Soto's ankles. The Officers then connected the leash to the handcuffs. Following this they stepped away from Mr. Soto.

At this time, Mr. Soto was lying prone with his hands handcuffed behind his back by two pairs of handcuffs and his ankles bound with a strap connecting the ankles to the wrist. Mr. Soto was conscious and struggling against the restraints. He recognized one of the Officers and called out his name (Keating). The Officers then picked up Mr. Soto and carried him to the patrol car. As they were carrying him, he suddenly went limp. The Officer's placed him on the ground propping him up in a sitting position. At this time, Officer Antrin noted that Mr. Soto was having breathing problems. One of the Officers detected a pulse. Mr. Soto's breathing slowed

down and stopped. The restraints were removed and cardio-pulmonary resuscitation (CPR) begun. EMS was called. The time was approximately 1817 hours.

Seward County EMS arrived at the scene at 1822 hours. Mr. Soto was without respiration or pulse. An EKG at 1825 hours showed asystole. An endotracheal tube was inserted at 1825 hours. Epinephrine and atropine were administered at 1827 hours. The ambulance left the scene at 1837 hours, arriving at the hospital at 1840 hours. Resuscitation was continued but Mr. Soto was pronounced dead at 1851 hours. Blood and urine were obtained at the hospital.

The body was then transported to a funeral home and at the direction of the coroner embalmed. An autopsy was performed on 8/31/06. The deceased was a 39 year old white male, allegedly 66 inches tall and estimated to weigh 180 lbs. There were a number of minor abrasions of the body. A TASER$^R$ probe wound was present in the right back. A pair of "burns" from a TASER$^R$ used in the drive-stun mode was present in the left back. A second pair of "burns" was present on the right shoulder. Vomit was present in the trachea and bronchi. The presence of vomit in the airways is of no significance as aspiration of vomit occurs as an agonal event in approximately 25% of all deaths, independent of the cause of death. Examination of the internal organs was unremarkable.

Analysis of the antemortem blood and vitreous for ethyl alcohol was negative. An analysis of the urine for drugs was conducted by the State Crime Lab. The analysis was positive for cocaine, benzoylecgonine, methyl-ecgonine, hydroxyine and diltiazem. No quantitation was performed. There was no analysis of the blood for these drugs. A study of the dopamine transporters of the brain was conducted by Dr. Debra Mash. The results are not interpretable as the brain had been embalmed prior to it being sent to her.

Based on the aforementioned information, it is my opinion that, in all medical probability, Juan Soto, a 39 year-old white male died as a result of a fatal cardiac arrhythmia due to the Excited Delirium Syndrome (EDS). The excited delirium was most likely due to acute cocaine intoxication. The arrhythmia was secondary to a hyper-adrenergic state due to the physiological effects of the excited delirium, the struggle, and use of cocaine. Since the State Crime Lab did not analyze the blood for cocaine, one cannot say absolutely that Mr. Soto was under the influence of cocaine at the time of this death. All that one can say with certainty was that he had used cocaine within the past 48 hours. His actions, signs and symptoms; a lack of history of intrinsic mental disease; a history of cocaine use and a positive urine test for cocaine, however, is consistent with an individual in cocaine induced excited delirium.

Excited Delirium Syndrome (EDS) involves the sudden death of an individual, during or following an episode of excited delirium, in which an autopsy fails to reveal evidence of sufficient trauma or natural disease to explain the death. In virtually all such cases, the episode of excited delirium is terminated by a violent struggle with police or medical personnel, and the use of physical restraint. Most deaths occur after an individual has been restrained. Failure to be incapacitated by Pepper Spray and/or use of a TASER$^R$ is quite common in the presentation of this entity.

**EXHIBIT DB**

3

In deaths due to EDS, shortly after cessation of the struggle, the individual is noted to be in cardio-pulmonary arrest. Attempts at resuscitation are usually unsuccessful with a cardiac picture of pulseless electrical activity (PEA) or asystole, such as occurred in this case. If resuscitation is "successful", the individual is found to have suffered irreversible hypoxic encephalopathy and death occurs in a matter of days. Typically, the only findings at autopsy are minor abrasions and contusions explainable by the struggle that preceded death, as was true in this case. Deaths due to EDS were originally described in individuals with intrinsic mental illness, specifically schizophrenia and/or bipolar disease. In our present society, they are more commonly associated with abuse of illegal stimulants such as cocaine or methamphetamine.

Whenever one gets excited, such as in excited delirium, or engages in strenuous activity such as a struggle, there is activation of the Sympathetic Nervous System with release of norepinephrine (NE) from nerve cells into the synaptic spaces between the Sympathetic neurons and receptor organs such as heart muscle and the coronary arteries. In addition, there is release of epinephrine (E) and nor-epinephrine (NE) from the adrenal glands into the blood. The NE from the nerve fibers plus NE and E from the adrenals act on $beta_1$ receptors in the heart causing an increase in heart rate, and force of contraction. As a consequence of this, the heart muscle needs additional oxygen. At the same time, NE and E act on the $alpha_1$ receptors of the coronary arteries causing constriction of the arteries with reduction of blood flow, and thus, oxygen, to the myocardium. Peak levels of catecholamines (norepinephrine and epinephrine) are reached not during the physical activity but in the 2-5 minutes after cessation of the activity and may reach 10x base levels. This is Dimsdale et al.'s "period of peril", when the heart is most sensitive to development of fatal arrhythmias.

During physical activity, blood potassium also increases. Elevated levels of catecholamines in the blood neutralize the arrhythmogenic potential of the elevated blood potassium. During the "period of peril", the blood potassium levels drop dramatically, at times to hypokalemic levels. Hypokalemia, like hyperkalemia, is arrhythmogenic, but its' effects are not protected by elevated blood catecholamine levels. Hypokalemia predisposes to prolongation of the QT-interval, development of *torsade de pointes* and sudden cardiac death.

Cocaine is cardio-toxic. The cardio-toxic effects of cocaine result from its' effects on the brain and the heart. Stimulation of the brain by cocaine results in activation of the Sympathetic Nervous System with increased secretion of E and NE peripherally. In regards to the heart, the primary effect of cocaine is blockade of NE reuptake. By preventing NE reuptake, cocaine causes an accumulation of NE at postsynaptic membranes. Thus, the actions of the NE are potentiated, resulting in tachycardia, hypertension, and increased myocardial oxygen consumption.

Cocaine also produces constriction of the coronary arteries. Vasoconstriction of the coronary arteries may be a result of both alpha-adrenergic stimulation and a direct smooth muscle effect of cocaine. Lange et al. examined the coronary arterial blood flow, coronary artery dimensions, and myocardial oxygen demand in 29 patients referred for cardiac catheterization to evaluate chest pain. Left coronary angiography and hemodynamic monitoring were performed at baseline and 15 minutes after cocaine was administered. A significant rise in heart rate and blood pressure

4

**EXHIBIT DB**

with an associated decrease in coronary sinus blood flow was noted. Left coronary arterial diameters shrank 8% to 12%. Cocaine may directly constrict the smooth muscle of the walls of the coronary arteries by a calcium-mediated mechanism. It is hypothesized that the sodium-channel blocking properties of cocaine decrease intracellular calcium by reducing the number of sodium ions available for sodium–calcium ion pump exchange. In addition, cocaine has been shown to increase levels of endothelin-1, which is a powerful vasoconstrictor and to decrease production of nitric oxide, which is a vasodilator. Thus, at a time when the heart is increasing oxygen consumption, spasm of the coronary arteries is decreasing the oxygen perfusion of heart muscle. This increases the potential for a fatal cardiac arrhythmia.

Cocaine induced sodium channel blockade in the cells of the heart may also inhibit conduction of nerve impulses, decreasing resting membrane potential and the amplitude of the action potential while simultaneously prolonging the duration of the action potential. This can produce intra-ventricular conduction delays reflected in widening of the QRS and prolongation of the QT segment. Prolongation of the Q-T interval is associated with development of *torsade de pointes* and sudden cardiac death.

One of the allegations made is that Mr. Soto died because he did not receive prompt medical treatment. It is contended that the Officer should have recognized that Mr. Soto was in a state of Excited Delirium and that national guidelines indicate that this is a medical emergency and medical aid should be summoned immediately. While Excited Delirium was first reported in modern times in the mid 1980's, knowledge of its existence was confined almost exclusively to the Forensic Science community until the publication in 2006 of the book Excited Delirium Syndrome by Di Maio and Di Maio. Most cases of death due to Excited Delirium up to that time had been attributed to positional/restraint asphyxia. Thus, lack of knowledge of this syndrome by a police agency in August 2006 would not be that unexpected.

Medical treatment can theoretically abort a case of Excited Delirium Syndrome. Immediate sedation should reverse the activation of the Sympathetic Nervous System with resultant decrease levels of catecholamines. If the individual is on cocaine, the sedation would also counteract the effects of cocaine. In this case the Officer was at the scene at 1805 hours. Cardiac arrest occurred at 1817 hours. If the Officer had decided that this case required immediate EMS response, the earliest that he could have called EMS was at 1806 hours as it would take at least a minute for the Officer to realize the situation that he was dealing with. EMS response time was five minutes. Thus, the earliest EMS could have arrived was at 1811 hours, six minutes before arrest occurred. If sedative medication, e.g. diazepam (Valium[R]), was then immediately given by the usual intramuscular route, there would not have been sufficient time for the medication to have acted on the brain. It usually takes from 15-30 minutes, at a minimum, for intramuscular medication to reach the blood in a quantity to have an effect. Thus in all medical probability the immediate summoning of EMS would not have prevented this death.

Positional asphyxia has often been suggested as a cause or contributory factor in deaths such as this. It has been suggested that placing an individual in a prone position restricts respiration and that, combined with the application of pressure on the back, results in hypoxia and death. A review of the medical literature, however, reveals that positioning an individual in the prone

**EXHIBIT DB**

5

position does not significantly impair respiration. Evaluation of respiratory functioning in this
position reveals results in the normal range. As to pressure applied on the back, weights up to
102.3 kilograms (225 lbs) have been placed on the back of individuals restrained prone with no
clinical significant impairment in respiration. Based on a study published in the late 1980's,
using the hogtie position to restrain an individual was considered to be life endangering as it
could produce positional asphyxia. Subsequent testing by Chan et al. revealed that this study
was erroneous and that the hogtie position does not significantly impair respiration. Evaluations
of respiratory functioning in this position reveals results in the normal range. There is no
impairment in the oxygenation of blood nor the expelling of $CO_2$.

The presentation of the death is not one of chronic asphyxia with increasing air hunger.
Asphyxia involves the progressive process of oxygen deprivation of the vital organs. The brain
is the organ most sensitive to deprivation of oxygen and thus individuals who have asphyxia will
lose consciousness as the first gross manifestation of hypoxia (low blood oxygen) about 2
minutes after the complete cessation of breathing. If someone can breathe in a reduced fashion,
the period of time to unconsciousness is considerably longer. Cardiac arrest follows a number of
minutes after this. There are some data that indicate it takes as long as 10 minutes for the heart to
stop beating after the cessation of breathing. There is no evidence that Mr. Soto had any
symptoms of severe, progressing air hunger. He suddenly collapsed and was in cardiac arrest.
This is the presentation of a cardiac disorder not a pulmonary one.

Based on the aforementioned information, it is my opinion that, in all medical probability, Juan
Soto, a 39 year-old white male died as a result of a fatal cardiac arrhythmia due to the Excited
Delirium Syndrome (EDS). The excited delirium was most likely due to acute cocaine
intoxication. The arrhythmia was secondary to a hyper-adrenergic state due to the physiological
effects of the excited delirium, the struggle, and use of cocaine. Even if medical attention had
been immediately sought, in all medical probability, Mr. Soto would still have died because of
the short time between the police encounter and his cardio-pulmonary arrest. Successful
resuscitation form cardiac arrest due to EDS is essentially nil.

I am a physician Board Certified in Anatomical, Clinical and Forensic Pathology. I have testified
in state and federal courts throughout the United States as well as in Courts in Canada, Columbia
and South Africa. Attached is my Curriculum Vitae which gives details of my education,
qualifications, professional experience and publications, as well as a list of cases that I have
testified in and a fee schedule. I reserve the right to amend this report should additional
information be presented for my review.

Sincerely,

VINCENT J.M. DI MAIO, M.D.

6

**EXHIBIT DB**



**VINCENT J.M. DI MAIO, M.D.**
**CONSULTANT IN FORENSIC PATHOLOGY**
**10 CARRIAGE HILLS**
**SAN ANTONIO, TEXAS 78257**
**(210) 698-1400**
**FAX (210) 698- 3809**
**Email: vincent_dimaio@yahoo.com**

June 30, 2009

Allen G. Glendenning
Watkins & Calcara
1321 Main, Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530

RE:   Juan Soto

Dear Mr. Glendenning:

I am in receipt of the additional toxicology reports from NMS Labs dated 5/22/09. Analyses were conducted on embalmed brain and liver tissue as well as fluid from the body obtained at the time of embalming. The brain tissue showed a cocaine level of 110 ng/g and a benzoylecgonine level of 640 ng/g. These findings indicate that Mr. Soto was under the influence of cocaine at the time of his death. Because the brain was embalmed, we can only say that these levels represent the minimal amount of cocaine present. Actual levels at the time of death would in all probability have been higher.

Cocaine and benzoylecgonine were also identified in the liver. Because of the embalming, these levels at the time of death may also have been higher. A tube of embalming fluid obtained from the body also showed the presence of cocaine and benzoylecgonine.

In conclusion, at the time of death Mr. Soto was under the influence of cocaine.

Sincerely,

Vincent J.M. Di Maio, M.D.

1

**EXHIBIT DC**