IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA BOWEN-SOTO, on )
her behalf and as Next )
Friend of minor JS, )
minor HS and minor AS, )
                            ) Case No. 08-1171-MLB
      Plaintiffs, )
                            )
vs. )
                            )
CITY OF LIBERAL, )
KANSAS, )
                            )
      Defendant. )

D E P O S I T I O N

      The deposition of JARED RATZLAFF was taken on behalf of the plaintiff before CINDY L. FENTON, a Certified Shorthand Reporter of Kansas, at Conference Room, Liberal Inn, 603 East Pancake, Liberal, Kansas, on October 22, 2008, commencing at 10:29 A.M.

**EXHIBIT F**

1       next week we'll have Friday, Saturday, Sunday off.
2       So we work seven days for a two-week period.
3    Q  So you end up with, basically, four hours of
4       overtime?
5    A  Yes, sir.
6    Q  Be eighty-four hours?
7    A  Yes, sir.
8    Q  If you would, and you can review -- you can review
9       your report if you would like. Walk me through what
10      happened that day.
11            MR. GLENDENNING: Object to form.
12   Q  (BY MR. RATHBUN) Go ahead.
13   A  At about 6:01 that evening, I had just got to work
14      previous to that. Received a call of somebody
15      outside of the south McDonald's at 24 East Pancake.
16      Person was described as a man that was naked and
17      yelling obscenities toward people.
18   Q  Let me ask you, were you in roll call when you heard
19      this?
20   A  We hadn't even started roll call yet.
21   Q  What do you do when you show up to go to work at
22      6:00?
23   A  Normally -- my routine or --
24   Q  Yes.
25   A  My routine, I come in, check my mailbox to see if

1  Q  All right. Then what happened?
2  A  When he went to the ground, I was fairly close to
3     him at that point. I went into a handcuffing
4     position, grabbing ahold of one arm. And give me
5     just a second. I'm not sure which arm it was. His
6     right arm.
7  Q  He was on his stomach?
8  A  Yes, sir.
9  Q  You had your knee in his back, or what's a
10    handcuffing position?
11 A  I grabbed hold of his right arm and put a knee
12    across the back of his shoulder blades trying to
13    keep him in that position. At that point he did a
14    pushup with me still on his back and stood back up.
15 Q  Okay. Then what happened?
16 A  Corporal Antrim or Sergeant Antrim now, I'm sorry,
17    told me that he was going to try the Taser again,
18    pulled the trigger. I could hear the Taser, the
19    snaps of the Taser, but it wasn't having any effect
20    on him whatsoever.
21 Q  When you say it wasn't having any effect on him, did
22    you assume that's because the other probe wasn't in
23    him?
24 A  At that point I didn't know. It was after that that
25    I noticed that there was only one probe in -- in

**EXHIBIT F**

```
 1        Soto.
 2   Q    All right.
 3   A    Um --
 4   Q    Have you -- how many times have you discharged a
 5        Taser on individuals?
 6   A    Myself?
 7   Q    Yes.
 8   A    Never.
 9   Q    Okay.  I'm sorry.  Go ahead.
10            MR. GLENDENNING:  Go ahead with what?
11        What's the question?
12            MR. RATHBUN:  He was describing what
13        happened next.  I interrupted him.
14   A    Yeah.  After the second try with the Taser, Soto
15        began to run back toward the people down the alley
16        and that's when I took him down with an arm/bar
17        takedown.
18   Q    (BY MR. RATHBUN)  Okay.  Tell me what that is.
19   A    I got ahold of an arm and locked his arm into
20        straight position, and using his momentum, just
21        forced him to the ground.
22   Q    Then what happened?
23   A    Trying to get back into a handcuffing position after
24        we were back on the ground.  Soto was able to grab
25        hold of my leg at some point and was trying pull me
```

Cindy L. Fenton, CSR

**EXHIBIT F**

```
 1      toward him or use me for leverage to stand up.  I'm
 2      not sure.
 3   Q  Was he on the ground --
 4   A  Yes, sir.
 5   Q  -- and you were standing beside him?
 6   A  Yes, sir.  As he did that, I fell backwards to keep
 7      all my weapons and everything away from him, and
 8      that's when Officer Head and Officer McCord arrived.
 9   Q  Was he still on the ground?
10   A  He was still on the ground.
11   Q  All right.  What did Officers Head and McCord do?
12   A  They came over and took control of him, and he'd let
13      go of my leg so I could get back up at this point.
14   Q  How did they take control of him?
15   A  All I know is they were beside him, on top of him.
16      I'm not real sure.
17   Q  Okay.  What happened then?
18   A  After I got back up, I began trying to get Soto's
19      left arm out from underneath him.  He was laying on
20      it on his stomach.  And all the officers that were
21      there at that point were just trying to get him into
22      handcuffs at that point.
23   Q  Head was helping you?
24   A  Yes, sir.
25   Q  McCord was on the other side trying to get control
```

Cindy L. Fenton, CSR

**EXHIBIT F**

1	of his right arm?
2	A	Yes, sir.
3	Q	Keating was trying to get control of his head?
4	A	Yes.
5	Q	And was Dixon there at the time on the legs or not?
6	A	I'm not real sure when he showed up.
7	Q	Okay. Were the four of you -- let's say not
8	counting Dixon at this point. Were the four of you
9	able to get him under control?
10	A	No.
11	Q	What happened?
12	A	He was fairly strong and just, there was -- we
13	couldn't get his arms out from underneath him. It
14	took everything we had and eventually we were able
15	to, but it took a long time.
16	Q	And you heard the Taser going off at times during
17	this struggle?
18	A	Yes.
19	Q	How many times did he discharge the Taser? Do you
20	know?
21	A	I'm not sure.
22	Q	How long did the struggle take for you to get him
23	under control?
24	A	I really don't know for sure.
25	Q	All right. And at some point Dixon arrived, then,

Cindy L. Fenton, CSR

**EXHIBIT F**

```
 1       and got control of the legs?
 2   A   Yes, sir.
 3   Q   While this was going on, Antrim was drive stunning
 4       him, trying to get control?
 5   A   Yes, sir.
 6   Q   And then you went back to Patrol Car 26 and grabbed
 7       a dog leash; right?
 8   A   After getting him in handcuffs; yes, sir.
 9   Q   And what was the purpose of the dog leash?
10   A   We use the dog leash when people are trying to kick
11       officers or to control the legs.
12   Q   Is that -- do you call that a hog tie or what do you
13       call that?
14   A   A hobble restraint.
15   Q   A hobble restraint?
16   A   Yes, sir.
17   Q   Do you know what a hog tie is?
18   A   Yes.
19   Q   Is that different than a hobble restraint?
20   A   Not really.
21   Q   They're the same in thing your viewpoint?
22   A   Yes, sir.
23               MR. RATHBUN:  When you -- I told you I
24       wouldn't need that video tape again, but I may need
25       the second one, the --
```

1  Q  So you try and get it as close to the cuffs as you
2     can?
3           MR. GLENDENNING:  Object to the form.
4  A  We just try to get it where they can't kick the knot
5     loose.
6  Q  So there's no slack in it, in other words?
7  A  Right.
8  Q  So you try and push the legs back as far as you can
9     get it so that -- so that they can't kick their legs
10    around?
11          MR. GLENDENNING:  Object to form.
12 Q  (BY MR. RATHBUN)  Go ahead.
13 A  Not necessarily, no.
14 Q  Well, if you don't push the legs all the way back,
15    then how do you keep them from kicking?
16 A  I'm not real sure what you're asking or how to
17    answer what you're saying.
18 Q  You're doing a good job then.  You're supposed to
19    ask me to clarify.
20          Obviously, the closer you get the legs to
21    the cuffed hands, the less the legs can move;
22    correct?
23 A  Yes.
24 Q  So is it your goal to try and stop the kicking,
25    then, to get the legs as close to the cuffs as you

Cindy L. Fenton, CSR

**EXHIBIT F**

```
 1        can?
 2                MR. GLENDENNING:  Object to form.
 3    A   No.
 4    Q   (BY MR. RATHBUN)  Okay.  What's your goal?
 5    A   The goal is just to get the legs and the hands
 6        secured to a point where they can't continue to
 7        kick.
 8    Q   Where there's no slack between the two?
 9    A   There may be some slack, but not enough to where
10        they can kick.
11    Q   And you learned how to do that from field training
12        from somebody that you were riding around with --
13    A   Yes, sir.
14    Q   -- showed you how to do that?
15    A   Yes, sir.
16    Q   And who was that?
17    A   It would have been Sergeant Antrim, Sergeant Wade,
18        and I believe that's it.
19    Q   Is there any written procedure you know of about
20        when you use the hog tie?
21    A   Not that I can recall right now.
22    Q   And you've never had any -- and you've never had any
23        training from Mulanex or any of the other highers up
24        on how to use a hog tie and when to use it?
25    A   Not that I can recall, anyway.
```

Cindy L. Fenton, CSR

**EXHIBIT F**