IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA BOWEN-SOTO, on )
her behalf and as Next )
Friend of minor JS, )
minor HS and minor AS, )
) Case No. 08-1171-MLB
       Plaintiffs, )
)
vs. )
)
CITY OF LIBERAL, )
KANSAS, )
)
       Defendant. )

D E P O S I T I O N

    The deposition of JOHN McCORD was taken on behalf of the plaintiff before CINDY L. FENTON, a Certified Shorthand Reporter of Kansas, at Conference Room, Liberal Inn, 603 East Pancake, Liberal, Kansas, on October 22, 2008, commencing at 1:26 P.M.

**EXHIBIT J**

1  A   When I pulled in, I seen Antrim had his Taser
2      pointed at him. Ratzlaff was -- was on the ground
3      struggling with Soto. As I stopped my truck and got
4      out, Soto had grabbed Ratzlaff by the back of the
5      leg, causing him to fall backwards and I went over
6      and grabbed ahold of his right arm.
7  Q   Was he on the ground at the time on his knees or --
8  A   For certain, I'm not sure which position. He was
9      low 'cause I remember having to scoop down to grab
10     his -- his arm.
11 Q   You grabbed his right arm?
12 A   Yes.
13 Q   Ratzlaff and was Head there at the time?
14 A   Yes. We got there, same time, we arrived together.
15 Q   And Head was helping Ratzlaff on the left arm?
16 A   I remember Head -- no, I think Head was on the same
17     arm that I had.
18 Q   Okay. So both you guys were working on the right
19     arm. Is anybody helping Ratzlaff on the left arm?
20 A   I think Keating. I think Keating was on his left
21     arm.
22 Q   Okay. And was he -- was anyone -- did anyone have
23     any of their weight on him to hold him down,
24     Mr. Soto?
25 A   I know I didn't at that time.

Cindy L. Fenton, CSR

**EXHIBIT J**

| | | |
|---|---|---|
| 1 | Q | Did anybody else? |
| 2 | A | I'm trying to look in the narrative -- |
| 3 | Q | Sure. |
| 4 | A | -- if it was in there or not. According to my |
| 5 | | narrative it said that Head was on his back. |
| 6 | Q | Okay. At this -- at this time, was Antrim trying to |
| 7 | | drive stun him or was it later? |
| 8 | A | It was around that. |
| 9 | Q | They keep saying "dry" in here. Drive stun? |
| 10 | A | Drive stun, yes. |
| 11 | Q | Drive stunning him? |
| 12 | A | It was sometime around that -- that time frame. |
| 13 | Q | So you got your handcuffs then on his right, right |
| 14 | | hand? |
| 15 | A | Yes. |
| 16 | Q | Right wrist. And then it looks like Ratzlaff put |
| 17 | | handcuffs on his left wrist? |
| 18 | A | Yes. |
| 19 | Q | Okay. Then it looks like to secure his feet they |
| 20 | | got some leash from a dog, tied his feet; is that |
| 21 | | correct? |
| 22 | A | Eventually. |
| 23 | Q | Okay. I'm reading here. "A pair of handcuffs came |
| 24 | | from Officer Ratzlaff and we secured his left hand." |
| 25 | A | Uh-huh. |

Cindy L. Fenton, CSR

**EXHIBIT J**

John McCord                    Tonya Bowen-Soto, et al v. City of Liberal

27

| | | |
|---|---|---|
| 1 | Q | Then the next paragraph, it said secured his feet so |
| 2 | | he would not start to kick. How much time ran |
| 3 | | between those two? |
| 4 | A | I honestly don't know. |
| 5 | Q | When you said "eventually," it made it seem like |
| 6 | | maybe you were suggesting more time had gone by? |
| 7 | A | After he was handcuffed, I remember Dixon was |
| 8 | | holding his feet down and he eventually let up off |
| 9 | | his -- off his feet and then Soto started kicking. |
| 10 | Q | So then you tied his -- not you, but his feet were |
| 11 | | tied at that point? |
| 12 | A | Yes. |
| 13 | Q | And how did that work? Were they crossed? |
| 14 | A | I don't know. |
| 15 | Q | You watched the video last evening? |
| 16 | A | Yes. |
| 17 | Q | Did you happen to notice? |
| 18 | A | I -- I didn't see his feet. |
| 19 | Q | Okay. Would it be correct that his -- according to |
| 20 | | your report here -- |
| 21 | A | They wrapped the rope around his feet, bent his |
| 22 | | knees and then tied the rope to the handcuffs. |
| 23 | Q | Is that called hog tying? |
| 24 | A | Used to be. |
| 25 | Q | What's it called now? |

Cindy L. Fenton, CSR

**EXHIBIT J**

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | And what happened then? |
| 3 | A | We carried him towards Antrim's car. Officer Head |
| 4 | | told us to -- to be careful 'cause it -- it looked |
| 5 | | like Soto was ejaculating. At that point, according |
| 6 | | to my narrative, that we had put him down on the |
| 7 | | ground. |
| 8 | Q | Rolled him onto his side? |
| 9 | A | Yes. |
| 10 | Q | At this point then set him back down. Felt for a |
| 11 | | pulse and at first -- the first time you felt for a |
| 12 | | pulse, you could feel it; correct? |
| 13 | A | Correct. |
| 14 | Q | And then you guys took off the cuffs and cut the |
| 15 | | rope. And you felt again and then the second time |
| 16 | | you couldn't find the pulse; right? |
| 17 | A | Right. |
| 18 | Q | And Odle at that time then told Antrim to start CPR? |
| 19 | A | Yes. |
| 20 | Q | Now, when was fire rescue called? Before then or |
| 21 | | after then or -- |
| 22 | A | I don't know. |
| 23 | Q | When did they get there? |
| 24 | A | Couldn't tell you. I don't know what time it was. |
| 25 | Q | Were they -- were they still doing CPR when fire |

**EXHIBIT J**