IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA BOWEN-SOTO, on )
her behalf and as Next )
Friend of minor JS, )
minor HS and minor AS, )
) Case No. 08-1171-MLB
Plaintiffs, )
)
vs. )
)
CITY OF LIBERAL, )
KANSAS, )
)
Defendant. )

D E P O S I T I O N

The deposition of JEFF KEATING was taken on behalf of the plaintiff before CINDY L. FENTON, a Certified Shorthand Reporter of Kansas, at Conference Room, Liberal Inn, 603 East Pancake, Liberal, Kansas, on October 22, 2008, commencing at 12:25 P.M.

**EXHIBIT K**

```
 1   Q   Were his -- what kept him from getting up at that
 2       point?  Were there still people sitting on him?
 3   A   No.  He was --
 4                MR. GLENDENNING:  Object to form.
 5   A   He was handcuffed.
 6   Q   (BY MR. RATHBUN) Okay.  Handcuffed, but were his
 7       legs at this point -- where were his legs?
 8   A   His legs were just --
 9   Q   Out in the open?
10   A   Yes.
11   Q   When did -- when did Dixon come and secure his legs?
12       Was it after that?
13   A   Yes.
14   Q   What -- is this about the time when somebody asked
15       Mr. Soto what his name was?
16   A   After handcuffing, Soto had calmed a bit and I
17       remember Sergeant Antrim asking, "Does anybody know
18       who this is?"  And I -- that's when I responded,
19       "this is John Soto."
20   Q   Okay.
21   A   And Mr. Soto looked up at me and made a comment,
22       called me by my name.
23   Q   So he -- he called you Jeff?
24   A   Yes.
25   Q   I mean, he knew that was your name?
```

Cindy L. Fenton, CSR

**EXHIBIT K**

```
 1   A   (Non-verbal response.)
 2   Q   How did you know him?
 3   A   I had dealt with Mr. Soto a few days earlier on
 4       another call assisting an officer.
 5   Q   Tell me about that.
 6   A   Officer Almes had taken a call of someone in the
 7       area of a known drug house in Liberal and they had
 8       run on foot. Had gave the description of the
 9       subject.
10           I was in the area. Deputy Matt Finn from
11       the Seward County sheriff's office called, advised
12       he had the subjects matching that description coming
13       out of a garage behind a house in the 700 block of
14       North New York -- or North Washington. And I
15       assisted Deputy Finn. Then walked up, seen it was
16       John.
17   Q   Did you know him before this?
18   A   Yes, I did.
19   Q   How did you know him before this?
20   A   When I was chief in Tyrone.
21   Q   And how did you know him from Tyrone?
22   A   John had been involved in some investigations of
23       drug dealing and things of this nature.
24   Q   What sort of drug dealing?
25   A   I believe it was sale of cocaine.
```

Cindy L. Fenton, CSR

**EXHIBIT K**

```
 1        since back in Tyrone?
 2   A    (Non-verbal response.)
 3   Q    Yes?
 4   A    Yes.
 5   Q    All right.  And at that point, again, he started
 6        actively resisting the officers, according to your
 7        notes?  You can look if you want.
 8   A    Uh, yes.
 9   Q    I'm sorry.  We're back to --
10   A    Back to --
11             MR. GLENDENNING:  Object to form.
12   Q    (BY MR. RATHBUN)  We're back to the scene now.  He
13        stated Jeff something, and he acted as if he had
14        recognized you; right?
15   A    Yes.
16   Q    And at that point, again, he started actively
17        resisting the officers and trying to roll over and
18        kick at the officers?
19   A    Yes.
20   Q    So what happened then?
21   A    At that point that's when I left and went to a
22        patrol car to get a camera because it's --
23   Q    What was the purpose for the camera?
24   A    It's department policy that, if possible, you
25        photograph whenever a Taser is deployed where the
```

**EXHIBIT K**