IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA A. BOWEN-SOTO, on her behalf and as Next Friend of JS, HS and AS,

    Plaintiff,

vs.                       Case No. 08-1171-MLB-DWB

CITY OF LIBERAL, KANSAS,

    Defendant.

DEPOSITION

The deposition of **KAREN RINEHART**, a witness, taken pursuant to Federal Code of Civil Procedure, before Susan Maier, a Certified Shorthand Reporter of Kansas, at the Seward County Courthouse, 415 North Washington, Liberal, Kansas, on the 3rd day of March, 2009, at 2:15 p.m.

APPEARANCES

The plaintiff appeared by and through her attorney, Randall K. Rathbun of Depew, Gillen Rathbun & McInteer, 8301 East 21st Street North, Suite 450, Wichita, Kansas 67206-2936.

The defendant appeared by and through its attorney, Allen G. Glendenning of Watkins, Calcara, 1321 Main Street, Suite 300, Great Bend, Kansas 67530.

EXHIBIT N

---

3

INDEX

KAREN RINEHART

Direct Examination by Mr. Glendenning    4

SIGNATURE OF WITNESS                     16
CERTIFICATE OF CERTIFIED SHORTHAND REPORTER  17

**CONDENSED**

---

4

KAREN RINEHART
called as a witness, having been first duly sworn by the reporter, testified as follows:

DIRECT EXAMINATION
BY MR. GLENDENNING:
    Q    State your name and address, please.
    A    Karen Rinehart, 515 Starlight Drive, Liberal, Kansas.
    Q    Are you employed?
    A    Part-time with Seward County EMS.
    Q    How long have you been so employed?
    A    Almost six years.
    Q    Have you ever had your deposition taken before?
    A    No, I haven't.
    Q    Okay. A deposition is a chance for attorneys that represent parties in a lawsuit to find out what a potential witness might know or not know about the case. Number one, might help us get it resolved; and, number two, find out what you might say if you're called to testify at trial. Do you understand that?
    A    Yes, I do.
    Q    Do you understand that everything you say

## Page 5

1  here today is under oath the same as if we were in
2  court?
3  A  Yes.
4  Q  And that if you should testify at trial
5  and say something different than you tell us here
6  today, somebody might point that out to the jury?
7  A  (Nods affirmative.)
8  Q  So if we ask you a question you don't
9  understand, don't try to answer it; tell us you
10 don't understand it. Will you do that?
11 A  Yes, I will.
12 Q  If we talk too loud or too fast or bother
13 you in any way, let us know that as well. Will you
14 do that.
15 A  Yes, I will.
16 Q  Can you tell us briefly what your
17 experience is as an EMT?
18 A  I'm an Emergency Medical Technician
19 Intermediate, which I can start IV's, give some
20 medicines, like glucose, you know, in a diabetic
21 patient. Glucose, you put it in their mouth. Other
22 than that, I start IV's and I do what a basic EMT
23 would do.
24 Q  When did you get your basic EMT
25 certification?

## Page 6

1  A  I got it in 2003.
2  Q  Okay. And when did you get your EMT-II
3  certification?
4  A  The first part of 2004.
5  Q  Okay. So, in 2006 you were an EMT-II?
6  A  I was an EMT-I, yes.
7  Q  EMT-I. Okay. Have you worked as an EMT
8  or EMT-I for anyone other than Seward County?
9  A  No.
10 Q  In your time as an EMT or as an EMT-I,
11 have you ever run into a case involving somebody
12 that was in excited delirium other than Mr. Soto?
13 A  I don't remember all the cases. I would
14 say probably not.
15 Q  Do you remember receiving any particular
16 training on how to deal with patients in excited
17 delirium?
18 A  We're trained to do a lot of things.
19 Could you explain "excited delirium"? I'm sorry.
20 Q  Do you remember ever being given any
21 training where they used that term? This is
22 training on how to deal with excited delirium?
23 A  No.
24 Q  Even up to today?
25 A  No.

## Page 7

1  Q  Do you remember this run? And I'll show
2  you Exhibit No. 1. You understand we're here to
3  talk about a run in August of 2006 concerning a Juan
4  Soto, Jr.?
5  A  Yes.
6  Q  Do you remember this run apart from what
7  might be shown on the report?
8  A  I remember the call, yes.
9  Q  Okay. Do you remember where you were when
10 the call came in?
11 A  No.
12 Q  Okay. As a part-time EMT, are you on duty
13 at the station or do you call in from home or how
14 does that work?
15 A  Okay. As a part-time EMT-I, whenever
16 you're called in, you're called to work call for an
17 EMT or an EMT-I because you can't do paramedic
18 because that's not your level. You're called, you
19 can work 24-hour call, you can work shift, and you
20 can also take transfers to, like, different cities.
21 Q  Okay. Do you remember which of those you
22 were doing on August 30, 2006?
23 A  I can tell you I was on shift, but I can't
24 tell you whether it was a 24-hour shift or a 12-hour
25 shift.

## Page 8

1  Q  So you would have been at the EMS office?
2  A  I would have been considered first out.
3  Q  Okay. When you are sitting around before
4  a call comes in, do you guys ever listen to scanners
5  or anything just to keep track of what might be
6  happening that you might get called to?
7  A  Some shifts do, some shifts don't.
8  Q  Do you remember whether you were listening
9  to anything about this case involving Mr. Soto
10 before you were actually dispatched?
11 A  No.
12 Q  Did you play any part in preparing Exhibit
13 No. 1?
14 A  This is Exhibit No. 1?
15 Q  Yes.
16 A  I'm sorry. I did not do this, no.
17 Q  Do you remember what your responsibilities
18 were on this call?
19 A  To assist the paramedic.
20 Q  Okay. Did you drive?
21 A  To the call?
22 Q  Yes.
23 A  I don't recall.
24 Q  Did you drive away from the call?
25 A  No.

**EXHIBIT N**