IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA BOWEN-SOTO, on )
her behalf and as Next )
Friend of minor JS, )
minor HS and minor AS, )
) Case No. 08-1171-MLB
Plaintiffs, )
)
vs. )
)
CITY OF LIBERAL, )
KANSAS, )
)
Defendant. )

D E P O S I T I O N

The deposition of DENNIS MULANAX was taken on behalf of the plaintiff before CINDY L. FENTON, a Certified Shorthand Reporter of Kansas, at Conference Room, Liberal Inn, 603 East Pancake, Liberal, Kansas, on December 9, 2008, commencing at 11:03 A.M.

**EXHIBIT O**

1　Q　Where were you born?
2　A　Biloxi, Mississippi.
3　Q　How did you happen to get up to Kansas?
4　A　Well, I was -- my dad was in the military and when
5　　　he retired, he retired back in his home area of
6　　　Forgan, Oklahoma. Actually went to high school in
7　　　Germany. When my dad retired, we moved back to the
8　　　states. Went to college. Got my bachelor's degree.
9　Q　Where?
10　A　In Alva, Northwestern Oklahoma State University.
11　Q　In?
12　A　Criminal justice.
13　Q　When did you get that degree?
14　A　In December of 1988.
15　Q　And what did you do after that?
16　A　I went to work for the Liberal police department.
17　Q　You've been here ever since?
18　A　Yes, sir. I began in February of 1989.
19　Q　Have you ever been demoted for any reason?
20　A　No, sir.
21　Q　You are currently a lieutenant?
22　A　Yes, sir.
23　Q　To whom do you report?
24　A　Chief Sill.
25　Q　You report directly to the chief?

Cindy L. Fenton, CSR

**EXHIBIT O**

1  A  Well --
2  Q  Is there a captain between the two of you?
3  A  Right now, in the operations division there's not a
4     captain.  Before, yes, there was a captain.  I would
5     report directly to him.
6  Q  And that was?
7  A  Captain John Hardy.
8  Q  When did -- Harding?
9  A  Hardy.
10 Q  Hardy?  When did Hardy leave?
11 A  Last month.
12 Q  And so the captain's position is now open?
13 A  Yes.
14 Q  Is that going to be filled or is that --
15 A  I have no idea.  We're -- well, I have no idea.
16 Q  A budgetary matter?
17 A  Could be.  We're just restructuring, as far as I
18    know.  We -- I've heard talk of being similar to
19    other departments that just have lieutenants oversee
20    the divisions or what-not, so at this time I really
21    don't know.
22 Q  Do you currently oversee any division?
23 A  No.
24 Q  What is your job now?
25 A  I am the lieutenant of operations.

Cindy L. Fenton, CSR

**EXHIBIT O**

1  Q   And tell me what that means.
2  A   It basically means for my position, my position is
3      kind of a unique position. I don't know if unique
4      is the right word, but I'm kind of involved in
5      several aspects of the department. Training, I
6      oversee the field training. I -- I'm the
7      intoxilyzer custodian. I train new hired officers.
8      I'm involved in policy development, day-to-day
9      operations. There's not really anything that I
10     specifically do all the time. I'm pretty spread out
11     throughout the department.
12 Q   Okay. What's KLETC?
13 A   Kansas Law Enforcement Training Center.
14 Q   Do you coordinate your training with the KLETC?
15 A   Clarification, please.
16 Q   Do you find out what sort of training your officers
17     receive at KLETC and supplement that, or do they
18     just give the basic certification and you train
19     after that?
20             MR. GLENDENNING: Object to form. Go
21     ahead.
22 Q   (BY MR. RATHBUN) He's going to object today.
23 A   That's all right.
24 Q   But you get to go ahead and answer, anyway.
25 A   It has -- it has and is -- at times it's a

Cindy L. Fenton, CSR

**EXHIBIT O**