IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TONYA BOWEN-SOTO, on )
her behalf and as Next )
Friend of minor JS, )
minor HS and minor AS, )
                         ) Case No. 08-1171-MLB
        Plaintiffs, )
                         )
vs.                      )
                         )
CITY OF LIBERAL, )
KANSAS, )
                         )
        Defendant. )

D E P O S I T I O N

       The deposition of TONYA BOWEN-SOTO was taken on behalf of the defendant before CINDY L. FENTON, a Certified Shorthand Reporter of Kansas, at Jury Room, Seward County Courthouse, 415 North Washington, Liberal, Kansas, on October 23, 2008, commencing at 9:09 A.M.

**EXHIBIT P**

```
1   A   Did I ever tell him I don't want him living there
2       unless he had a job?  Is that what you're asking me?
3   Q   Or in any way indicate that to him?
4   A   No, I don't think I ever said -- no, I don't think I
5       ever said that, but I expected him to have a job,
6       yes.
7   Q   How would he have known, then, it wouldn't be a good
8       idea to come back if he didn't have a job?
9   A   Well, he knew that I was upset that he had quit his
10      job that he had.  He had a very good job and he quit
11      it, so --
12  Q   Why did he quit it?
13  A   I don't remember on that one.  I don't know.  When I
14      said he got fired from other jobs I guess what I
15      mean is he just -- he didn't go to work when -- when
16      he -- it was his day to go to work.
17  Q   Is that kind of the reason for him to lose most of
18      his jobs?
19  A   Because he didn't go to work, yes.
20  Q   And when did he lose his last job?
21  A   Gosh, I think he worked until July.  I think it was
22      in July.
23  Q   Is that part of the reason you told him to leave?
24  A   No.
25  Q   What was the longest period of time that he remained
```

Cindy L. Fenton, CSR

**EXHIBIT P**