Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| TONYA BOWEN-SOTO, as Administrator of the Estate of John Soto, Jr., and on behalf of all heirs<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LIBERAL, KANSAS,<br>　　　　　　　　　Defendant. | Case No.: 08-1171-MLB |

**THIRD AMENDED COMPLAINT**

COMES NOW the plaintiff, and for her cause of action against the defendant, alleges and states:

1. The plaintiff is a resident of Seward County, Kansas.  She brings this action as Administrator of the Estate of John Soto, Jr.

2. The defendant City of Liberal, Kansas, is a municipality organized under the laws of the State of Kansas.

3. This action arises under the laws of the United States and presents a federal question within this Court's jurisdiction.  It is brought pursuant to 28 USC §§1331,1343 and 42 USC §1983, et seq.

4. Mrs. Soto and her deceased husband lived in a common law marriage relationship from August 1994 until his untimely death. Three children were born of their marriage.

5. On August 30, 2006, Mr. Soto was found in downtown Liberal in a state of confusion wandering around disrobed. He appeared to be talking rapidly to himself and was not making comments that nearby individuals could understand. He at no time made threats toward anyone.

6. Mr. Soto became agitated as police officers approached him, being concerned that they were going to spray him with mace or pepper spray. As he started to retreat, one of the officers used a Taser on him. During the ensuing scuffle, he was tasered three times while a number of officers sat on him. After he was subdued, Mr. Soto was hog-tied on his stomach with his hands and feet bound together with handcuffs and a dog leash.

7. Taser International warns those who use its weapon that "the stress and exertion of extensive repeated, prolonged, or continuous application of the taser device may contribute to cumulative exhaustion, stress, and associated medical risks. Severe exhaustion and/or overexertion from physical struggle, drug intoxication, use of restraint devices, etc. may result in serious injury or death."

8. Mr. Soto died shortly after he was subdued. At the time he was 39 years of age.

9. Mr. Soto's death was caused or contributed to by the City's failure to properly train its officers on the inappropriate use of tasers when individuals are drug intoxicated or under extreme stress as well as the illegality of utilizing a hog-tie restraint when dealing with individuals with diminished capacity.

10. Mrs. Soto brings this action as Administrator of the estate of Mr. Soto. As a result of the defendant's conduct, the plaintiff estate is entitled to medical and burial expenses and loss of earnings based upon the probable duration of Mr. Soto's life.

11. Mrs. Soto brings this action as representative of all heirs of the decedent who are entitled to be compensated for mental anguish, suffering, bereavement, loss of society, comfort and companionship

WHEREFORE the plaintiff respectfully prays for a judgment in excess of $75,000, plus her costs, attorney fees, and any further relief this Court would deem just or equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*


## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*

**REQUEST FOR JURY TRIAL**

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun, #09765
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2010, a true and correct copy of the above and foregoing **Third Amended Complaint** was filed with the US District Court for the District of Kansas via CM/ECF and notice sent to:

Allen G. Glendenning
Watkins Calcara Chtd.
1321 Main - Suite 310
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendant*


s/Randall K. Rathbun
Randall K. Rathbun #09765