IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| TONYA A. BOWEN-SOTO, on her behalf and as Next Friend of JS, HS and AS,<br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LIBERAL, KANSAS,<br>　　　　　　　　　　　Defendant. | Case No. 08-1171-MLB-DWB |

**JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE**

NOW ON THIS __10th__ of January, 2011, the above-captioned matter comes before the Court.

WHEREUPON, the court is advised that all parties desire to dismiss the above-captioned action and all claims and causes of action that were or could have been asserted herein with prejudice to future filing. The Court is further advised that no party objects to such dismissal, with prejudice. The Court is further advised that the parties have agreed that the distribution of wrongful death settlement pursuant to K.S.A. 60-1905 be handled by the State Court in Seward County, Kansas in conjunction with the final settlement of the estate John Soto, Jr. Upon reviewing the file and otherwise being duly advised in the premises, the court is prepared to enter the dismissal, with prejudice, upon the journal and direct that the distribution be conducted by in the Twenty-Sixth Judicial District, Seward County, Kansas, in conjunction with the final settlement of the estate of John Soto, Jr.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the above-captioned action and all claims and causes of action that were or could have been asserted by any party in such action are hereby dismissed, with prejudice to future filing.

IT IS FURTHER ORDERED that the distribution of wrongful death settlement pursuant to K.S.A. 60-1905 be handled by the Twenty-Sixth Judicial District, Seward County, Kansas in conjunction with the final settlement of the estate John Soto, Jr.

IT IS FURTHER ORDERED that the costs, expenses, and attorney's fees herein shall be borne by the party incurring the same.

IT IS SO ORDERED.

                                                s/ Monti L. Belot
_____
Judge of the United States District Court

APPROVED:

DEPEW GILLEN RATHBUN & McINTEER LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Attorneys for Plaintiff


By   s/ Randall K. Rathbun
      Randall K. Rathbun, #09765

WATKINS CALCARA, CHTD.
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Attorneys for Defendant


 s/ Allen G. Glendenning
      Allen G. Glendenning, #12187